IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. LEWIS, and DOUGLAS B. SARGENT, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,

*Defendant.*

Case No. 1:18-cv-02929

**NOTICE OF ERRATA REGARDING CLASS ACTION COMPLAINT**

Plaintiffs hereby submit a Notice of Errata regarding the Class Action Complaint [D.E. 1], which was originally filed in the United States District Court for the District of Columbia on December 13, 2018. Plaintiffs inadvertently omitted the parties' addresses on the case caption. In compliance with LCvR 5.1(c)(1), Plaintiffs submit as Exhibit 1 the corrected case caption.

Dated: December 17, 2018

Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
jblumenfeld@lowenstein.com

*Attorneys for Plaintiffs*

*Of Counsel, Pro Hac Vice Admission Subject to Motion:*

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile: (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*