IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, and DOUGLAS B. SARGENT, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>  *Defendant.* | Case No. 1:18-cv-02929 |

## PROOF OF SERVICE

In compliance with Federal Rule of Civil Procedure 4(l)(1), Plaintiffs hereby file the Affidavit of Process Server, serving Alex Azar in his capacity as Secretary of the United States Department of Health and Human Services by serving the United States Attorney General in Washington, DC on December 20, 2018, attached as Exhibit A, and the Affidavit of Service by Mail providing proof of service on Alex Azar at the United States Department of Health and Human Services on January 10, 2019, attached as Exhibit B.

Dated:  January 16, 2019                              Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile:  (202) 753-3838
jblumenfeld@lowenstein.com

*Attorneys for Plaintiffs*

*Of Counsel, Pro Hac Vice Admission Subject to Motion:*

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile:  (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*