# Exhibit A

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Carol A. Lewis, and Douglas B. Sargent, on behalf of themselves and all others similarly situated**

      Plaintiff(s),

VS.

**Alex Azar, in his capacity as Secretary of the United States Department of Health and Human Services**

      Defendant(s).

Attorney: Jeffrey Blumenfeld

LOWENSTEIN SANDLER LLP
2200 PENNSYLVANIA AVENUE NW SUITE 500E
WASHINGTON DC 20037

*236482*

**Case Number: 1:18-cv-02929-RBW**

Legal documents received by Same Day Process Service, Inc. on **12/19/2018** at **3:15 PM** to be served upon **Alex Azar, in his capacity as Secretary of the United States Department of Health and Human Services, by serving United States Attorney General**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Kailynne Kaleema Johnson**, swear and affirm that on **December 20, 2018** at **9:15 AM**, I did the following:

Served **Alex Azar, in his capacity as Secretary of the United States Department of Health and Human Services, by serving United States Attorney General, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice of Errata Regarding Class Action Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court;** to **Jamia Williams** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 25 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kailynne Kaleema Johnson**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:236482

District of Columbia: SS
Subscribed and Sworn to before me
this 21st day of December 2.18

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

