# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, and DOUGLAS B. SARGENT, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,<br><br>    *Defendant.* | Case No. 1:18-cv-02929 |

## AFFIDAVIT OF SERVICE BY MAIL

On January 4, 2019, I, Paula Seguin, Senior Paralegal at Lowenstein Sandler, LLP, mailed a true and correct copy of the Summons, Class Action Complaint, and Notice of Designation of Related Cases Pending in This or Any Other United States Court related to the above-referenced case via United States Postal Service Certified Mail – Return Receipt (article no. 7018 0360 0002 1261 7291) addressed to the United States Department of Health & Human Services, Attn: Alex Azar, 200 Independence Avenue, SW, Washington, DC 20201.  A copy of the Return Receipt is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 16th day of January, 2019 in Washington, DC.

                                                                                 /s/Paula Seguin

# Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept of Health
and Human Service
200 Independence Ave, SW
Washington, DC 20201

9590 9403 0629 5183 1766 23

2. Article Number (Transfer from service label)

7018 0360 0002 1261 7291

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shantell Jiggetts
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Shantell Jiggetts

C. Date of Delivery
1/10/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

Lowenstein Sandler LLP
Attn: Paula Seguin
2200 Pennsylvania Ave, NW, Ste 500E
Washington, DC 20037

USPS TRACKING#



9590 9403 0629 5183 1766 23

C|M: 36099.2



2200 Pennsylvania Avenue, NW
Washington, DC 20037



7018 0360 0002 1261 7291



$008.04
JAN 04 2019
MAILED FROM ZIP CODE 20037



2200 Pennsylvania Avenue, NW
Washington, DC 20037

U.S. Department of Health & Human Services
Attn: Alex Azar
200 Independence Avenue, S.W.
Washington, D.C. 20201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept of Health
   and Human Service
   200 Independence Ave, SW
   Washington, DC 20201

   9590 9403 0629 5183 1766 23

2. Article Number (Transfer from service label)

   7018 0360 0002 1261 7291

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt