# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX M. AZAR II, in his official ) <br> capacity as Secretary of Health and ) <br> Human Services, ) <br> ) <br> Defendant. ) <br> ) | Case No. 18-cv-2929 (RBW) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER**

The Secretary of Health and Human Services respectfully requests an extension of time in which to respond to the complaint in this case. A response would otherwise be due April 30; the Secretary requests an extension until May 30, 2019. Although the Secretary has been working diligently to compile the administrative record, which must be reviewed before a response can be prepared, an extension of time is needed to allow this work to be completed. In the absence of such an extension, the Secretary will be unable to respond to many of the factual allegations in the complaint. No prior extensions have been granted in this case.

Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with counsel for plaintiffs, who consent to this motion.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

                                                         */s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: April 25, 2019                                 *Counsel for Defendant*