# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAROL A. LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official | ) | |
| capacity as Secretary of Health and | ) | |
| Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

The Secretary's consent motion for an extension of time to respond to the complaint is

**GRANTED**, and the Secretary is **ORDERED** to respond to the complaint no later than May 30,

2019.

**SO ORDERED** this _____ day of _____, 2019.


_____
Reggie B. Walton
United States District Judge