# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official ) capacity as Secretary of Health and ) Human Services, ) | |
| Defendant. ) | |

## CONSENT MOTION TO MODIFY SCHEDULING CONFERENCE DATE

On May 21, 2019, this Court issued an Order setting a Scheduling Conference for Wednesday, June 12, 2019 at 11:00am. In order to address a scheduling conflict, counsel for Plaintiffs requests that the Court modify the hearing date to Monday, June 17, 2019. Alternatively, if the Court prefers, counsel for all parties are also available on Friday, June 14, 2019.

Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with counsel for Defendant, who consents to this motion.

Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
jblumenfeld@lowenstein.com

*and*

- 2 -

                                              PARRISH LAW OFFICES
                                              James C. Pistorino
                                              788 Washington Road
                                              Pittsburgh, PA 15228
                                              Telephone: (412) 561-6250
                                              Facsimile: (412) 561-6253
                                              james@dparrishlaw.com

                                              *Attorneys for Plaintiffs*

Date: May 23, 2019

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2019, the foregoing **CONSENT MOTION TO MODIFY SCHEDULING CONFERENCE DATE** through the CM/ECF System, which will send a notice of electronic filing to the CM/ECF registrants on record.

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
jblumenfeld@lowenstein.com