# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## PARTIAL MOTION TO DISMISS
## FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

For the reasons set forth in the accompanying memorandum of law, the Secretary of Health and Human Services moves under Rule 12(b)(1) to dismiss all claims brought by Douglas Sargent for lack of subject matter jurisdiction. The Secretary also moves under Rule 12(b)(6) to dismiss Counts I, II, and V for failure to state a claim.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470
*Counsel for Defendant*

Date: May 30, 2019