# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL A. LEWIS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX AZAR, in his official capacity as ) <br> Secretary of the United States Department ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-2929 (RBW) |

### ORDER

In accordance with the Court's oral rulings at the scheduling conference held on this same date, it is hereby

**ORDERED** that (1) the plaintiffs shall file their opposition to the defendant's Partial Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim on or before June 21, 2019; and (2) the defendant shall file his reply on or before July 10, 2019.  It is further

**ORDERED** that

1. the parties shall provide Rule 26 initial disclosures on or before June 21, 2019;

2. the parties shall commence class certification and merits discovery on June 24, 2019;

3. the parties shall conclude class certification and merits discovery on or before October 18, 2019; and

4. the parties shall appear for a status hearing on October 18, 2019, at 10:00 a.m., to determine whether to refer this case to a Magistrate Judge for settlement negotiations or set a briefing schedule for motions for summary judgment.

It is further

**ORDERED** that the parties' discovery requests shall be limited as follows: (1) no more than twenty-five interrogatories per side; (2) no more than fifteen requests for admission per side; and (3) no more than five depositions per side.  It is further

**ORDERED** that (1) the plaintiffs shall file their class certification motion on or before October 25, 2019; (2) the defendant shall file his opposition to the plaintiffs' class certification motion on or before November 22, 2019; and (3) the plaintiffs shall file their reply, if any, on or before December 13, 2019.

**SO ORDERED** this 14th day of June, 2019.

REGGIE B. WALTON
United States District Judge
