**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY**

The Secretary of Health and Human Services respectfully requests a two-day extension of time in which to file his reply in support of his partial motion to dismiss. That reply would otherwise be due today, July 10; the Secretary requests an extension until July 12, 2019. The Secretary apologizes for the last-minute nature of this filing, which is necessitated by 1) unexpected difficulties with the execution of a declaration, and 2) concerns about publishing on the public docket limited non-public information regarding Ms. Lewis's claims for Medicare coverage of continuous glucose monitors. This brief extension of time would allow for the orderly execution of the declaration to be filed with the Secretary's reply brief, and for the resolution of any privacy concerns implicated by that filing.

Pursuant to Local Civil Rule 7(m), the undersigned counsel has conferred with counsel for plaintiffs, who consent to this motion.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

- 2 -

        MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: July 10, 2019        *Counsel for Defendant*