IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALEX M. AZAR II, in his official )<br>capacity as Secretary of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>_____ ) | Case No. 18-cv-2929 (RBW) |

## DECLARATION OF LARRY D. YOUNG

I, Larry D. Young, declare as follows:

1. I am the Group Director of the Medicare Contractor Management Group at the Centers for Medicare & Medicaid Services (CMS). In this role, I am responsible for the oversight and management of the Medicare administrative contractors (MACs). I have held this position since November 2014.

2. Due to the nature of my official duties, I am familiar with the instructions given to the MAC responsible for processing claims submitted by Ms. Carol Lewis and Dr. Jonathan Bloom for coverage of continuous glucose monitors. I am also familiar with the system that this MAC has put in place to handle such claims.

3. Because Ms. Lewis and Dr. Bloom have won court judgments regarding coverage for continuous glucose monitors, their claims are treated differently than ordinary claims for coverage of such devices.

4. Specifically, the MAC responsible for processing these claims has implemented a system that notes when such claims are submitted by Ms. Lewis or Dr. Bloom, and then approves them for payment. This system has been in place since at least August 2018.

5. The system now includes a weekly query to confirm that Ms. Lewis and Dr. Bloom have no pending claims for coverage of continuous glucose monitors that are in need of processing, nor any that have been inadvertently denied.

6. Since August 2018, Ms. Lewis has submitted two claims for coverage of continuous glucose monitors, one in September 2018 and the other in December 2018. Both of those claims have been paid. The claim originally submitted by Ms. Lewis in May 2018 has also been paid.

7. CMS and the relevant MAC are both working diligently to see that claims submitted by Ms. Lewis and Dr. Bloom for coverage of continuous glucose monitors are handled appropriately in light of the district court judgments they have won on this issue.

*************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July 2019.

LARRY D. YOUNG
Group Director
Medicare Contractor Management Group
Centers for Medicare & Medicaid Services
Baltimore, Maryland