**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )  Case No. 18-cv-2929 (RBW)<br>ALEX M. AZAR II, in his official  )<br>capacity as Secretary of Health and  )<br>Human Services,  )<br>  )<br>  Defendant.  )<br>  ) | |

**NOTICE OF ERROR**

The Secretary of Health and Human Services respectfully notifies the Court of an error in his recent reply brief, ECF No. 32. In that brief, the Secretary said that, since August 2018, only two claims for continuous glucose monitor coverage had been submitted for Ms. Lewis, both of which had been paid. *Id.* at 8. Ms. Lewis's counsel has brought to the Secretary's attention a third such claim, which was denied. Upon investigation, it appears that this third claim was submitted in Louisiana, and therefore was not processed by the Medicare administrative contractor responsible for Massachusetts (where Ms. Lewis principally resides), which has been instructed to process Ms. Lewis's claims as described in the Young Declaration, ECF No. 32-1. The Secretary is working to reverse this erroneous denial and to determine whether any other such claims have been submitted outside of Ms. Lewis's or Dr. Bloom's home jurisdictions. Once he has gathered that information, the Secretary will move this Court for leave to file a corrected reply brief.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

- 2 -

                                        MICHELLE BENNETT
                                        Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: July 23, 2019                                        *Counsel for Defendant*