IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF**

As the Secretary explained in his Notice of Error, ECF No. 33, his reply brief in support of his motion to dismiss contained incorrect statements regarding the status of Ms. Lewis's continuous glucose monitor claims. In particular, the Secretary said that no such claims had been submitted for Ms. Lewis since December 2018, and that every claim submitted since August 2018 had been paid. ECF No. 32 at 8. The Secretary believed these statements to be true when they were made, and had conducted a diligent investigation in support of them. But shortly after filing, plaintiffs' counsel brought to the Secretary's attention a March 2019 claim that had been denied. Further investigation revealed a second denied claim, for service provided in April 2019.

Although Ms. Lewis is a resident of Massachusetts, both of these claims were submitted with a home address in Louisiana (where she apparently spends a portion of the winter), and were therefore processed by the Medicare administrative contractor responsible for Louisiana claims, rather than the contractor responsible for Massachusetts claims. The Massachusetts contractor had been given special instructions for handling Ms. Lewis's claims but the Louisiana

contractor had not, because the Secretary did not expect that any claims would be submitted for Ms. Lewis with a home address outside of Massachusetts. For the same reason, the Secretary only searched the database containing Massachusetts claims before filing his reply brief.

The Secretary regrets his inadvertent misstatements, and respectfully requests the Court's leave to file the attached corrected reply brief and Second Declaration of Larry D. Young, which describe these Louisiana claims and the Secretary's efforts to see that they are paid, and correct the Secretary's previous misstatements. No changes have been made outside Section C of the reply brief. Plaintiffs do not oppose this relief.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    MICHELLE BENNETT
    Assistant Director, Federal Programs Branch

    */s/ James Bickford*
    JAMES BICKFORD
    Trial Attorney (N.Y. Bar No. 5163498)
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20530
    James.Bickford@usdoj.gov
    Telephone: (202) 305-7632
    Facsimile: (202) 616-8470

Date: August 9, 2019    *Counsel for Defendant*