# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*,  )<br> )<br>Plaintiffs,  )<br> )<br>v.  )<br> )<br>ALEX M. AZAR II, in his official )<br>capacity as Secretary of Health and )<br>Human Services,  )<br> )<br>Defendant.  )<br> ) | Case No. 18-cv-2929 (RBW)<br><br>**PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE A SURREPLY TO MOTION TO DISMISS** |

Plaintiffs Carol Lewis and Douglass Sargent respectfully file this motion for leave to file the attached Surreply. Plaintiffs seek leave to address two issues raised by the Secretary's Reply: 1) new arguments raised for the first time in the Secretary's Reply; and 2) the Secretary's incorrect claims regarding denials for claims submitted by Ms. Lewis and third-party Dr. Bloom, demonstrating the Secretary has continued to deny claims after administrative and court decisions requiring reimbursement, which is a significant issue in this litigation.

Pursuant to Local Civil Rule 7(m), the parties conferred and the Secretary opposes Plaintiffs' motion.

For the reasons set forth above, Plaintiffs' motion for leave to file a surreply should be granted. A proposed Order is attached.

Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile:  (202) 753-3838
jblumenfeld@lowenstein.com

- 2 -

*and*

PARRISH LAW OFFICES
James C. Pistorino
224 Lexington Dr.
Menlo Park, CA  94025
Telephone: (650) 400-0043
james@dparrishlaw.com

*Attorneys for Plaintiffs*

Date: August 27, 2019