16106100213 0004

**Carol A Lewis**   THIS IS NOT A BILL | Page 4 of 5

**October 26, 2015**
**Neighborhood Diabetes; (800)937-3028**
600 Technology Park Dr #20, Billerica, MA 01821-4127
Ordered by Richard S Beaser

| Quantity, Item/Service Provided & Billing Code | Item/Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 84 Sensor; invasive (e.g., subcutaneous), disposable, for use with interstitial continuous glucose moni (A9276-GY) Statutorily excluded | NO | $1,596.00 | $0.00 | $0.00 | $1,596.00 | B |
| 1 Receiver (monitor); external, for use with interstitial continuous glucose monitoring system (A9278-GY) Statutorily excluded | NO | 999.00 | 0.00 | 0.00 | 999.00 | B |
| **Total for Claim #15300737485000** | | $2,595.00 | $0.00 | $0.00 | $2,595.00 | |

**Notes for Claims Above**

**B**  Medicare does not pay for this item or service.

EX#2   PG# 19          60151080964          309

# Your Claims for Part B (Medical Insurance)

Part B Medical Insurance helps pay for durable medical equipment and other health care services.

## Definitions of Columns

**Item/Service Approved?:** This column tells you if Medicare covered the item or service.

**Amount Supplier Charged:** This is your supplier's fee for this item or service.

**Medicare-Approved Amount:** This is the amount a supplier can be paid for a Medicare item or service. It may be less than the actual amount the supplier charged. Your supplier has agreed to accept this amount as full payment for covered items or services. Medicare usually pays 80% of the Medicare-approved amount.

**Amount Medicare Paid:** This is the amount Medicare paid the supplier. This is usually 80% of the Medicare-approved amount.

**Maximum You May Be Billed:** This is the total amount the supplier is allowed to bill you and can include a deductible, coinsurance, and other charges not covered. If you have Medicare Supplement Insurance (Medigap policy) or other insurance, it may pay all or part of this amount.

**October 26, 2015**
**Neighborhood Diabetes, (800)937-3028**
600 Technology Park Dr20, Billerica, MA 01821-4127
Ordered by Richard S Beaser

| Quantity, Item/Service Provided & Billing Code | Item/Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 1 Transmitter; external, for use with interstitial continuous glucose monitoring system (A9277-GY) Statutorily excluded | NO | $999.00 | $0.00 | $0.00 | $999.00 | A |
| **Total for Claim #1530073749700** | | $999.00 | $0.00 | $0.00 | $999.00 | |



**Notes for Claims Above**

**A** Medicare does not pay for this item or service.

**Douglas Sargent**                                                                 THIS IS NOT A BILL | Page 5 of 6

**April 12, 2017**
**Minimed Distribution Corp. (818) 576-4770**
18000 Devonshire St, Northridge CA 91325-1219
Ordered by Christine M Signore

| Quantity, Item/Service Provided & Billing Code | Item/ Service Approved? | Amount Supplier Charged | Medicare- Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 90 Sensor; invasive (e.g., subcutaneous), disposable, for use with interstitial continuous glucose moni (A9276-GX) Voluntary liability notice | NO | $1,419.00 | $0.00 | $0.00 | $1,419.00 | G |
| **Total for Claim #17107799819000** | | $1,419.00 | $0.00 | $0.00 | $1,419.00 | H |

**Notes for Claims Above**

G   Medicare does not pay for this item or service.

H   This information is being sent to ANTHEM CT. Send any questions regarding your benefits to them.

71110011594       1935

EXHIBIT 1 PAGE 763

**Douglas Sargent**  **THIS IS NOT A BILL | Page 5 of 6**

### August 9, 2016
Minimed Distribution Corp. (800)933-3322
18000 Devonshire St, Northridge, CA 91325-1219
Ordered by Christine M Signore

| Quantity, Item/Service Provided & Billing Code | Item/Service Approved? | Amount Supplier Charged | Medicare-Approved Amount | Amount Medicare Paid | Maximum You May Be Billed | See Notes Below |
|---|---|---|---|---|---|---|
| 90 Sensor; invasive (e.g., subcutaneous), disposable, for use with interstitial continuous glucose moni (A9276-GX) Voluntary liability notice | NO | $1,419.00 | $0.00 | $0.00 | $1,419.00 | G |
| **Total for Claim #16230744538000** | | $1,419.00 | $0.00 | $0.00 | $1,419.00 | H |

**Notes for Claims Above**

G  Medicare does not pay for this item or service.

H  We have sent your claim to ANTHEM BCBS NORTHEAST - PART B. Send any questions regarding your Medigap benefits to them.

62530006064

2187

EXHIBIT 1, PAGE 24