**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] PROTECTIVE ORDER**

The Secretary's motion for a protective order is **GRANTED**. The Secretary shall not respond to Request for Production 3, nor to Requests for Production 9 and 10, except to produce documents sufficient to show the explanations given for each initial denial of a continuous glucose monitor claim.

**SO ORDERED** this _____ day of _____, 2019.

_____
Reggie B. Walton
United States District Judge