# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, and DOUGLAS B. SARGENT, on behalf of themselves and all others similarly situated, | Case No. 18-cv-2929-RBW |
| | JURY TRIAL DEMANDED |
| *Plaintiffs,* | |
| v. | |
| ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services, | PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (Nos. 1-8) |
| *Defendant.* | |

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:** For each claim for CGM coverage submitted from December 13, 2012 to the close of this case, that was denied at the initial claim stage, electronic or paper records reflecting:

1) Beneficiary name and address;
2) Health Insurance Claim Number (HICN);
3) Invoice/claim number (ICN);
4) Date claim submitted;
5) Date claim denied;
6) The reason for the claim denial (including any denial codes);
7) Amount of claim submitted; and
8) Amount of claim denied.

**Request for Production No. 2:** For each of the claims responsive to Request for Production No. 1 documents sufficient to show whether the EOB for the initial denial stated that CGM coverage was "Statutorily excluded."

**Request for Production No. 3:** Documents that refer or relate to any policy or practice of indicating "Statutorily excluded" on EOBs for initial denials of CGM claims, including (but not limited to) when such policy or practice came into place, and any deliberations or discussions about adopting, continuing, or discontinuing such a policy or practice.