# Exhibit B

Centers for Medicare & Medicaid Services

**Print Message:** If you are experiencing issues printing this page, then please click 'Return to Previous Page' and select the **Need a PDF?** Button. You can now print the page from the new popup window.

Back to Document ID Search Results

# Local Coverage Article: Glucose Monitor - Policy Article (A52464)

## − Contractor Information

| CONTRACTOR NAME | CONTRACT TYPE | CONTRACT NUMBER | JURISDICTION | STATE(S) |
|---|---|---|---|---|
| CGS Administrators, LLC | DME MAC | 17013 - DME MAC | J-B | Illinois<br>Indiana<br>Kentucky<br>Michigan<br>Minnesota<br>Ohio<br>Wisconsin |
| CGS Administrators, LLC | DME MAC | 18003 - DME MAC | J-C | Alabama<br>Arkansas<br>Colorado<br>Florida<br>Georgia<br>Louisiana<br>Mississippi<br>North Carolina<br>New Mexico<br>Oklahoma<br>Puerto Rico<br>South Carolina<br>Tennessee<br>Texas<br>Virginia<br>Virgin Islands<br>West Virginia |

contact the AHA at 312-893-6816. Making copies or utilizing the content of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/or to be used in any product or publication; creating any modified or derivative work of the UB-04 Manual and/or codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion thereof, including the codes and/or descriptions, is only authorized with an express license from the American Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tim Carlson at (312) 893-6816 or Laryssa Marshall at (312) 893-6814. You may also contact us at ub04@healthforum.com.

N/A

## Article Guidance

**Article Text:**

**NON-MEDICAL NECESSITY COVERAGE AND PAYMENT RULES**

For any item to be covered by Medicare, it must 1) be eligible for a defined Medicare benefit category, 2) be reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member, and 3) meet all other applicable Medicare statutory and regulatory requirements. Information provided in this policy article relates to determinations other than those based on Social Security Act §1862(a)(1)(A) provisions (i.e. "reasonable and necessary").

Home blood glucose monitors (BGM) and therapeutic continuous glucose monitors (CGM) are covered under the Durable Medical Equipment benefit [Social Security Act §1861(s)(6)]. In order for a beneficiary's DME to be eligible for reimbursement, the reasonable and necessary (R&N) requirements set out in the related Local

Coverage Determination must be met. In addition, there are specific statutory payment policy requirements, discussed below, that also must be met.

Effective for claims with dates of service on or after January 12, 2017, Medicare covers therapeutic CGM devices under the DME benefit. CGM devices covered by Medicare are defined in CMS Ruling 1682R as therapeutic CGM. CGM devices that do not meet the definition of a therapeutic CGM as defined in CMS Ruling 1682R will be denied as non-covered (no benefit).

The supply allowance for supplies used with a therapeutic CGM system encompasses <u>all items</u> necessary for the use of the device and includes, but is not limited to: CGM sensor, CGM transmitter, home BGM and related BGM supplies (test strips, lancets, lancing device, calibration solutions) and batteries. Supplies or accessories billed separately will be denied as unbundling.

There is no Medicare benefit for supplies and accessories used with equipment that is not classified as DME. Coverage of a CGM system supply allowance (K0553) is available for those therapeutic CGM systems where the beneficiary uses a receiver classified as DME to display glucose data. In addition, Medicare coverage is available for a CGM system supply allowance if a non-DME device (watch, smartphone, tablet, laptop computer, etc.) is used <u>in conjunction</u> with the durable CGM receiver (K0554). The following are examples of this provision:

1. Medicare coverage of a CGM supply allowance is available where a beneficiary uses a durable CGM receiver to display their glucose data and also transmits that data to a caregiver through a smart phone or other non-DME receiver.
2. Medicare coverage of a CGM system supply allowance is available where a beneficiary uses a durable CGM receiver on some days to review their glucose data but may also use a non-DME device on other days.

If a beneficiary never uses a DME receiver for a therapeutic CGM, the supply allowance is not covered by Medicare.

Smart devices are non-covered by Medicare because they do not meet the definition of DME (i.e., not primarily medical in nature and are useful in the absence of illness). Claims for smart devices must be billed using code A9270 (noncovered item or service).

CGM devices billed to Medicare that have not been approved by the Pricing, Data Analysis and Coding contractor (PDAC) will be denied as non-covered (no Medicare benefit). See Coding Guidelines below.

Alcohol or peroxide (codes A4244, A4245), betadine or hexachlorophene (pHisohex®) (codes A4246, A4247) are noncovered since these items are not required for the proper functioning of the device.

Urine test reagent strips or tablets (code A4250) are noncovered since they are not used with a glucose monitor.

Reflectance colorimeter devices used for measuring blood glucose levels in clinical settings are not covered as durable medical equipment for use in the home because their need for frequent professional re-calibration makes them unsuitable for home use.

Glucose monitors that are not designed for use in the home must be coded A9270 and will be denied as statutorily noncovered (no benefit category).

Home blood glucose disposable monitor, including test strips (code A9275) is noncovered because these monitors do not meet the definition of DME.

STATUTORY PRESCRIPTION (ORDER) REQUIREMENTS

Many Durable Medical Equipment, Prosthetics, Orthotics, and Supplies (DMEPOS) items have statutory prescription requirements. Items with statutory order requirements are:

- All items on the ACA section 6407 product list (42 CFR 410.38(g));
- Power mobility devices (42 CFR 410.38(c))

If the supplier fails to obtain a prescription or the order fails to comply with the applicable criteria described in the related Policy Article - Standard Documentation Requirements for All Claims Submitted to DME, the item will be denied as statutorily excluded.

**REQUIREMENTS FOR SPECIFIC DMEPOS ITEMS PURSUANT TO 42 CFR 410.38(g)**

42 CFR 410.38(g) requires a face-to-face evaluation and a specific written order prior to delivery for specified HCPCS codes. CMS provides a list of the specified codes, which is periodically updated, located here.

Claims for the specified items subject to 42 CFR 410.38(g) that do not meet the requirements specified in the LCD-related Standard Documentation Requirements Article will be denied as statutorily noncovered – failed to meet statutory requirements.

If the supplier delivers the item prior to receipt of a written order, it will be denied as statutorily noncovered. If the written order is not obtained prior to delivery, payment will not be made for that item even if a written order is subsequently obtained. If a similar item is subsequently provided by an unrelated supplier who has obtained a written order prior to delivery, it will be eligible for coverage.

**POLICY SPECIFIC DOCUMENTATION REQUIREMENTS**

In addition to policy specific documentation requirements, there are general documentation requirements that are applicable to all DMEPOS policies. These general requirements are located in the DOCUMENTATION REQUIREMENTS section of the LCD.

Refer to the LCD-related Standard Documentation Requirements article (A55426), located at the bottom of this Policy Article under the Related Local Coverage Documents section, for additional information regarding GENERAL DOCUMENTATION REQUIREMENTS and the POLICY SPECIFIC DOCUMENTATION REQUIREMENTS discussed below.

For beneficiaries who exceed the usual utilization amounts of BGM testing supplies, there must be sufficient information in the beneficiary's medical record to determine that:

- The treating practitioner has had an in-person visit to evaluate the beneficiary's diabetes control; and,
- The specific quantities of supplies ordered are reasonable and necessary; and,
- The beneficiary is actually testing at a frequency that corroborates the quantity of supplies that have been dispensed (e.g., a specific narrative statement that adequately documents the frequency at which the beneficiary is actually testing or a copy of the beneficiary's log).

For the in-person treating practitioner visit that is required as part of the initial provision of a therapeutic CGM, there must be sufficient information in the beneficiary's medical record to determine that the beneficiary has diabetes mellitus (criterion 1), requires frequent testing (criterion 2), frequent dosing of their insulin (criterion 3) and frequent adjustment of their diabetes treatment regimen (criterion 4).

For the in-person treating practitioner visit that is required as part of the ongoing provision of a therapeutic CGM, there must be sufficient information in the beneficiary's medical record to determine that the beneficiary continues to adhere to their diabetes treatment regimen and use of the CGM device on a daily basis.

**MODIFIERS**

KS, KX and CG MODIFIERS:

For blood glucose monitors (codes E0607, E2100, E2101) and related supplies (codes A4233-A4236, A4244-A4247, A4250, A4253, A4255-A4259) and therapeutic CGM devices (code K0554) and supply allowance (code K0553), the following modifiers must be added to the code(s) on every claim submitted:

- Use modifier KX if the beneficiary is insulin treated; or,
- Use modifier KS if the beneficiary is non-insulin treated.

The KX modifier must not be used for a beneficiary who is not treated with insulin injections.

For therapeutic CGM devices (code K0554) and the supply allowance (code K0553) only, the CG modifier must be added to the claim line only if all of the therapeutic CGM coverage criteria (1-6) in the Glucose Monitor Local Coverage Determination are met. If any of the coverage criteria (1-6) for a therapeutic CGM are not met, the CG modifier must not be used.

**CODING GUIDELINES**

For claims with dates of service from January 12, 2017 through June 30, 2017, a

therapeutic CGM must be billed with code E1399 and code A9999 for the supply allowance. Only one (1) month of the supply allowance (one (1) Unit of Service) may be billed to the DME MACs at a time.

For claims with dates of service on or after July 1, 2017, a therapeutic CGM must be billed with code K0554 and code K0553 for the supply allowance. Only one (1) month of the supply allowance (one (1) Unit of Service) may be billed to the DME MACs at a time.

Code K0553 describes a supply allowance used with a therapeutic CGM device. The supply allowance includes <u>all items</u> necessary for the use of the device and includes, but is not limited to: CGM sensor, CGM transmitter, home BGM and related BGM supplies (test strips, lancets, lancing device, calibration solutions) and batteries. K0553 must not be used for supplies used with CGM coded as A9278.

A supplier does not have to deliver supplies used with a therapeutic CGM every month in order to bill code K0553 every month. In order to bill code K0553, the supplier must have previously delivered quantities of supplies that are sufficient to last for one (1) full month following the DOS on the claim. Suppliers must monitor usage of supplies. Billing for code K0553 may continue on a monthly basis as long as sufficient supplies remain to last for one (1) full month as previously described. If there are insufficient supplies to be able to last for one (1) full month, additional supplies must be provided before the supply allowance is billed.

No more than 1 unit of service (UOS) for code K0553 per month is billable at a time.

Code K0554 describes a continuous glucose monitor that meets the requirements of the DME benefit as described in CMS Ruling 1682R. CGM devices that meet these requirements are termed "Therapeutic CGM".

Codes A9276 (SENSOR; INVASIVE (E.G., SUBCUTANEOUS), DISPOSABLE, FOR USE WITH INTERSTITIAL CONTINUOUS GLUCOSE MONITORING SYSTEM, ONE UNIT = 1 DAY SUPPLY) and A9277 (TRANSMITTER; EXTERNAL, FOR USE WITH INTERSTITIAL CONTINUOUS GLUCOSE MONITORING SYSTEM) describe the supplies used with a non-therapeutic CGM. Codes A9276 and A9277 are not used to bill for supplies used with code K0554.

Code A9278 (RECEIVER (MONITOR); EXTERNAL, FOR USE WITH INTERSTITIAL CONTINUOUS GLUCOSE MONITORING SYSTEM) describes any CGM system that fails to meet the DME Benefit requirements as described in CMS Ruling 1682R.

Home blood glucose monitors (code E0607) are devices that measure capillary whole blood for determination of blood glucose levels. Results are displayed on a screen and may be stored in memory on the device for download or viewing at a later time. The test strips may be separate items that are inserted into the monitor or self-contained in a cylinder or disk-type mechanism.

Blood glucose monitors with integrated voice synthesizers (code E2100) are devices that measure capillary whole blood for determination of blood glucose

levels. Results are displayed on a screen but are also digitized and converted to sound output. Test results may also be stored in memory on the device for download or viewing at a later time. The test strips may be separate items that are inserted into the monitor or self-contained in a cylinder or disk-type mechanism.

Blood glucose monitors with integrated lancing and/or blood sampling (code E2101) are devices that measure capillary whole blood for determination of blood glucose levels. The lancing device for obtaining the capillary blood sample is integrated into the glucose monitor rather than a separate accessory. Test results may also be stored in memory on the device for download or viewing at a later time. The test strips may be separate items that are inserted into the monitor or self-contained in a cylinder or disk-type mechanism.

Code A4256 describes control solutions containing high, normal, and low concentrations of glucose that can be applied to test strips to check the integrity of the test strips. This code does not describe the strip or chip which is included in a vial of test strips and which calibrates the glucose monitor to that particular vial of test strips.

A laser skin lancing device (code E0620) uses laser technology to pierce the skin in order to obtain capillary blood for use in home blood glucose monitors.

For glucose test strips (code A4253), 1 unit of service = 50 strips. For lancets (code A4259), 1 unit of service = 100 lancets.

Blood glucose test or reagent strips that use a visual reading and are not used in a glucose monitor must be coded A9270 (noncovered item or service). Do not use code A4253 for these items.

With the exception of batteries (see below), suppliers may bill test strips, lancing devices, lancets and other glucose monitor supplies with the initial issue of a glucose monitor.

In the following table, a Column II code is included in the allowance for the corresponding Column I code when provided at the same time.

| Column I | Column II |
| --- | --- |
| E0607 | A4233, A4234, A4235, A4236 |
| E2100 | A4233, A4234, A4235, A4236 |
| E2101 | A4233, A4234, A4235, A4236 |
| K0553 | E0607, E2100, E2101, A4233-A4236, A4244-A4247, A4250, A4253, A4255-A4259 |

Suppliers should contact the PDAC contractor for guidance on the correct coding of items addressed in this policy.

Effective for claims with dates of service on or after 07/01/2017, the only products that may be billed using code K0554 are those that are specified in the Product Classification List on PDAC contractor web site.

## − Coding Information

**Bill Type Codes:**
Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the article does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the article should be assumed to apply equally to all claims.

N/A

**Revenue Codes:**
Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory. Unless specified in the article, services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the article should be assumed to apply equally to all Revenue Codes.

N/A

**CPT/HCPCS Codes**
N/A

**ICD-10 Codes that are Covered**

**Group 1 Paragraph:**

The presence of an ICD-10 code listed in this section is not sufficient by itself to assure coverage. Refer to the LCD section on "**Coverage Indications, Limitations, and/or Medical Necessity**" for other coverage criteria and payment information.

**Group 1 Codes:**

| CODE | DESCRIPTION |