# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) ) |
| | ) |
| Defendant. | ) ) |

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF MOTION FOR PROTECTIVE ORDERS

      The Secretary respectfully moves this Court for leave to file a short reply brief addressing plaintiffs' contentions as to the appropriateness of the disputed discovery requests, at least one of which is presented for the first time in plaintiffs' opposition brief. The Secretary does not seek to reply to plaintiffs' arguments concerning the protective order that should govern this case, as undersigned counsel indicated would not be necessary at the recent discovery conference. Although a reply brief would by rule be due today, no such brief was included in the Court's scheduling order, and the Secretary therefore moves for leave to file it. The proposed reply brief is attached to this motion, which plaintiffs oppose.

                                             Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             MICHELLE BENNETT
                                             Assistant Director, Federal Programs Branch

                                             */s/ James Bickford*
                                             JAMES BICKFORD
                                             Trial Attorney (N.Y. Bar No. 5163498)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: September 30, 2019         *Counsel for Defendant*