# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL A. LEWIS, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-2929 (RBW) |
| ) | |
| ALEX AZAR, in his official capacity as ) | |
| Secretary of the United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on November 5, 2019, it is hereby

**ORDERED** that on or before November 22, 2019, the defendant shall produce spreadsheets containing information regarding initial denials of Medicare coverage for continuous glucose monitors, including each beneficiary's Health Insurance Claim Number (HICN).  It is further

**ORDERED** that on or before December 9, 2019, the defendant shall produce the appeal decisions by the Medicare Appeals Council and administrative law judges as to Part B claim denials.  It is further

**ORDERED** that on or before December 16, 2019, the parties shall file a joint proposed schedule for the production of all additional discovery by the defendant.  It is further

**ORDERED** that, upon the completion of the defendant's productions, the plaintiffs may serve ten additional requests for admissions.  It is further

**ORDERED** that the parties shall conclude class certification discovery on or before January 21, 2020, unless otherwise ordered by the Court.  It is further

**ORDERED** that as to the protective order issued by the Court, the defendant agrees that counsel for the defendant shall identify for the plaintiffs' counsel at the time of the production any information that the defendant contends is not subject to public disclosure, and the plaintiffs' counsel shall not in any manner publicly disclose such information without first notifying defense counsel of the desire to publicly disclose such information, in order to afford defense counsel the opportunity to petition the Court to prohibit the disclosure.  It is further

**ORDERED** that the parties shall appear for a status conference on January 30, 2020, at 10:00 a.m. to discuss how they wish to proceed in this case.

**SO ORDERED** this 6th day of November, 2019.

REGGIE B. WALTON<br>United States District Judge