**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAROL A. LEWIS, <u>et al.</u>, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-2929 (RBW) |
| ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services, | ) |
| Defendant. | ) |

## <u>ORDER</u>

Upon consideration of the parties' Joint Status Report, ECF No. 48, and for good cause shown, it is hereby

**ORDERED** that on or before January 6, 2020, the defendant shall produce to the plaintiffs the reconsideration decisions on Part B claims for coverage of continuous glucose monitors dating from July 2016 through July 2019.  It is further

**ORDERED** that on or before January 31, 2020, the defendant shall produce to the plaintiffs the redetermination decisions on Part B claims for coverage of continuous glucose monitors dating from July 2016 through July 2019.  It is further

**ORDERED** that on or before January 24, 2020, the parties shall file a joint status report, proposing a schedule for the production of all additional discovery to the plaintiffs by the defendant.  It is further

**ORDERED** that the parties shall conclude class certification related discovery on or before March 16, 2020, unless otherwise ordered by the Court.  It is further

**ORDERED** that the status conference currently scheduled for January 30, 2020, is

**CONTINUED** to April 3, 2020, at 12:00 p.m.

**SO ORDERED** this 26th day of December, 2019.


REGGIE B. WALTON
United States District Judge