UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALEX AZAR, in his official capacity as )<br>Secretary of the United States Department )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>) | Civil Action No. 18-2929 (RBW) |

**ORDER**

The plaintiffs, Carol A. Lewis and Douglas B. Sargent, bring this putative class action against the defendant, Alex Azar, in his official capacity as Secretary of the United States Department of Health and Human Services, seeking review of the defendant's decisions denying the plaintiffs' Medicare "claims for coverage of [continuous glucose monitor] equipment or supplies." Class Action Complaint ¶ 127. On March 7, 2019, the plaintiffs filed the Plaintiffs' Motion to Extend Time to File Class Certification Motion ("Pls.' Mot."), which seeks "an extension of the[ir] deadline to file a class certification motion . . . until [sixty] days after the Case Management Conference is held in this case." Pls.' Mot. at 1. On April 25, 2019, the defendant filed a response to the plaintiffs' motion, representing that he "does not oppose [the] plaintiffs' motion . . . , although he reserves the right to object to discovery in this record-review case." Response to Plaintiffs' Motion for Extension of Time to File Class Certification Motion at 1.

After a scheduling conference on June 14, 2019, the Court issued a scheduling order with deadlines for class certification related discovery and class certification briefing. See generally

Order (June 14, 2019), ECF No. 28.  The Court ordered the parties to complete class certification related discovery on or before October 18, 2019, and the Court also ordered the plaintiffs to file their class certification motion on or before October 25, 2019.  See id. at 1–2.  However, due to the parties' subsequent discovery disputes, the parties failed to complete class certification related discovery by October 18, 2019, and the plaintiffs therefore failed to file their class certification motion by October 25, 2019.

At the November 5, 2019, status conference, the Court ordered that the parties conclude class certification related discovery on or before January 21, 2020, unless otherwise ordered by the Court.  See Order at 2 (Nov. 6, 2019), ECF No. 47.  Thereafter, upon consideration of the parties' Joint Proposed Schedule for Completion of Discovery (Dec. 16, 2019), ECF No. 48, the Court ordered that the parties conclude class certification related discovery on or March 16, 2020.  See Order at 1 (Dec. 26, 2019), ECF No. 49.  Therefore, class certification related discovery remains ongoing.  Accordingly, it is hereby

**ORDERED** that the Plaintiffs' Motion to Extend Time to File Class Certification Motion, ECF No. 11, is **DENIED AS MOOT**.  It is further

**ORDERED** that (1) the plaintiffs shall file their class certification motion on or before March 23, 2020; (2) the defendant shall file his opposition to the plaintiffs' class certification motion on or before April 20, 2020; and (3) the plaintiffs shall file their reply, if any, on or before May 11, 2020.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on September 1, 2020, at 10:00 a.m., which shall serve as a target date for the resolution of the plaintiffs' forthcoming class certification motion.

**SO ORDERED** this 26th day of December, 2019.

                                                                  REGGIE B. WALTON
                                                                   United States District Judge