# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ALEX M. AZAR II, in his official )<br>capacity as Secretary of Health and )<br>Human Services,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No. 18-cv-2929 (RBW) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Proposed Schedule, ECF No. 51, and for good cause shown, it is hereby

**ORDERED** that on or before February 10, 2020, the Defendant shall complete all outstanding document production.

**SO ORDERED** this _____ day of _____, 2020.

_____
Reggie B. Walton
United States District Judge