# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official ) | |
| capacity as Secretary of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Proposed Schedule, ECF No. 51, and for good cause shown, it is hereby

**ORDERED** that on or before February 3, 2020, the parties shall file a joint status report, proposing a schedule for the production of all additional discovery to the plaintiffs by the defendant. It is further

**ORDERED** that on or before February 7, 2020, the defendant shall produce to the plaintiffs the decisions by administrative law judges as to Part C continuous glucose monitor appeals from December 2012 through July 2019.

**SO ORDERED** this _____ day of _____, 2020.

_____
Reggie B. Walton
United States District Judge