# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL A. LEWIS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX AZAR, in his official capacity as ) <br> Secretary of the United States Department ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-2929 (RBW) |

## ORDER

Upon consideration of the parties' Joint Proposed Schedule for Completion of Discovery, ECF No. 51, and in light of the parties' oral representations to the Court on January 29, 2020, it is hereby

**ORDERED** that on or before February 7, 2020, the defendant shall produce to the plaintiffs the decisions by administrative law judges as to Part C continuous glucose monitor appeals from December 2012 through July 2019.  It is further

**ORDERED** that on or before February 7, 2020, the parties shall file a joint status report (1) proposing a schedule for the production of all additional discovery by the defendant, and (2) describing the nature of their outstanding discovery disputes and their respective positions as to each identified dispute.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on February 24, 2020, at 11:00 a.m. to address the parties' discovery disputes.

**SO ORDERED** this 29th day of January, 2020.

REGGIE B. WALTON<br>
United States District Judge