# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)  Civil Action No. 18-2929 (RBW) |
| ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Upon consideration of the parties' Joint Statement Regarding Discovery Dispute and Proposed Schedule, ECF No. 55, and for good cause shown, it is hereby

**ORDERED** that on or before February 21, 2020, the defendant shall produce to the plaintiffs the reconsideration decisions regarding Part C claim denials for coverage of continuous glucose monitors from December 2012 through July 2019.

**SO ORDERED** this 14th day of February, 2020.

REGGIE B. WALTON
United States District Judge