# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL A. LEWIS, <u>et al.</u>, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALEX AZAR, in his official capacity as )<br>Secretary of the United States Department )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>) | Civil Action No. 18-2929 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on February 24, 2020, it is hereby

**ORDERED** that the Court's November 5, 2019, Order is **MODIFIED** as follows: on or before November 22, 2019, the defendant shall produce spreadsheets containing information regarding initial denials of Medicare coverage for continuous glucose monitors <u>in Part B cases</u>, including each beneficiary's Health Insurance Claim Number (HICN).  It is further

**ORDERED** that on or before March 9, 2020, the defendant shall produce to the plaintiffs the redetermination decisions regarding Part B claim denials for coverage of continuous glucose monitors dating from December 2012 through July 2016, as to Jurisdictions B, C, and D.  It is further

**ORDERED** that: (1) on or before March 2, 2020, the plaintiffs shall file a brief articulating the legal basis and supporting authority for why the Court should permit the plaintiffs to file a motion for summary judgment before the Court addresses class certification in

this case, and (2) on or before March 16, 2020, the defendant shall file his opposition to the plaintiffs' submission. It is further

**ORDERED** that on or before March 9, 2020, the defendant shall: (1) file on the docket an index of the contents of the administrative record, and (2) provide the Court with an unredacted copy of the administrative record. It is further

**ORDERED** that all other discovery requested by the plaintiffs is **DENIED**.

**SO ORDERED** this 25th day of February, 2020.

REGGIE B. WALTON<br>United States District Judge