**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Case No. 18-cv-2929 (RBW) <br> ALEX M. AZAR II, in his official ) <br> capacity as Secretary of Health and ) <br> Human Services, ) <br> ) <br> Defendant. ) <br> ) | |

**[PROPOSED] ORDER**

Plaintiffs' motion to certify this case as a class action and to appoint class counsel is **GRANTED**. The class is certified as:

> All persons whose claims for Medicare CGM coverage (whether Part B or Part C) were denied on the grounds that a CGM is not durable medical equipment, and not subsequently reversed on appeal, from December 13, 2012 through the conclusion of this case.

Further, the class is certified as a FED.R.CIV.P. 23(b)(2) and (b)(3) class. Further, Parrish Law Offices and Lowenstein Sandler LLP are appointed class counsel.

SO ORDERED this _____ day of _____, 2020.

_____
HONORABLE REGGIE B. WALTON
United States District Judge