**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-cv-2929 (RBW) |
| ) | |
| ALEX M. AZAR II, in his official ) | |
| capacity as Secretary of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE
DEFENDANT'S MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

The Secretary of Health and Human Services respectfully requests a one-day extension—until April 21, 2020—of his time to file a memorandum in opposition to class certification. In editing this filing, which would otherwise be due today, undersigned counsel corrupted his table of authorities, which cannot be repaired in time to meet this evening's deadline. The Secretary moves for this extension so that he may file a brief without erroneous tables. Plaintiffs consent to this relief.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch

- 2 -

                                              1100 L Street, NW
                                              Washington, DC 20530
                                              James.Bickford@usdoj.gov
                                              Telephone: (202) 305-7632
                                              Facsimile: (202) 616-8470

Date: April 20, 2020                                   *Counsel for Defendant*

Case 1:18-cv-02929-RBW   Document 64   Filed 04/20/20   Page 2 of 2

- 2 -