**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

The Secretary's unopposed motion for leave to file a surreply is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2020.

_____
Reggie B. Walton
United States District Judge