**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAROL A. LEWIS, *et al.*, | ) | |
| | ) | Case No. 18-cv-2929 (RBW) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **PLAINTIFFS' UNOPPOSED MOTION** |
| | ) | **FOR LEAVE TO FILE SUR-REPLY** |
| ALEX M. AZAR II, in his official | ) | **RE: CLASS CERTIFICATION AND** |
| capacity as Secretary of Health and | ) | **APPOINTMENT OF CLASS COUNSEL** |
| Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiffs Carol Lewis and Douglas Sargent respectfully move the Court for leave to file a seven-page sur-reply in response to the Secretary's sur-reply filed on May 22, 2020.  In his own motion for leave to file a sur-reply, the Secretary represented that Plaintiffs' Reply brief contained a "significant misstatement of law, which the Secretary seeks leave to correct."  *See* Dkt. #68 at 1.

The Secretary contends that the Court will abuse its discretion if it does not rule on the merits of unpled and unproven affirmative defenses against the absent class members (but not Ms. Lewis or Mr. Sargent) *before* certifying a class.  The Secretary's sur-reply offers some 12 cases allegedly in support of this proposition.

Plaintiffs already showed that the Secretary's position is misguided in their Reply brief. *See* Dkt. #67 at 2-5.  Nevertheless, Plaintiffs seek leave to file a sur-reply solely to address the Secretary's latest arguments and cases.  A copy of the proposed sur-reply and a proposed order are attached.  The Secretary does not oppose this relief.

Dated:  May 26, 2020

Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile:  (202) 753-3838
jblumenfeld@lowenstein.com

*and*

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile:  (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*