# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROL A. LEWIS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 18-2929 (RBW) |
| ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services, | ) |
| Defendant. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on July 9, 2020, it is hereby

**ORDERED** that the plaintiffs' request to file a motion for summary judgment before the Court addresses class certification in this case, as set out in Carol Lewis' and Douglas Sargent's Brief Regarding Class Certification/Merits Briefing, ECF No. 58, is **DENIED**.

**SO ORDERED** this 12th day of July, 2020.

REGGIE B. WALTON
United States District Judge