IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. LEWIS, *et al.*,                          )
                                                   )          Case No. 18-cv-2929 (RBW)
                Plaintiffs,                         )
                                                   )
        v.                                         )
                                                   )
ALEX M. AZAR II, in his official                   )
capacity as Secretary of Health and                )
Human Services,                                    )
                                                   )
                Defendant.                          )
_____            )

**PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO SERVE DEMONSTRATIVES**

Plaintiffs Carol Lewis and Douglas Sargent move for leave to serve the attached demonstratives for use during the hearing scheduled for December 1, 2020. Defendant opposes this Motion.

In ordinary times, Plaintiffs would have brought the demonstratives to the hearing. However, given the ongoing special circumstances with hearings being conducted remotely, Plaintiffs are serving these demonstratives so that the Court, and Mr. Bickford, may have them to hand during the hearing.

The demonstratives are of two types: 1) a picture of a CGM system; and 2) a PowerPoint slide deck summarizing the issues before the Court. The picture of a CGM system is designed to help the Court visualize the system that is the entire focus of this case. The PowerPoint slide deck is intended to summarize the pending issues for discussion during the hearing and guide discussion; the information in the PowerPoint presentation is contained in prior formal filings with the Court, with the exception of the data calculated for the Part C claims.

1

Dated:  November 27, 2020

Respectfully submitted,

/s/Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile:  (202) 753-3838
jblumenfeld@lowenstein.com

*and*

PARRISH LAW OFFICES
James C. Pistorino (admitted *pro hac vice*)
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile:  (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiffs*