Sensor/ Sensor Applicator



Insulin Delivery Needle/ Tube





Transmitter



Reciever/ Insulin Pump