# *Lewis v. Azar*
# Class Certification Hearing

## Case No. 18-cv-2929

# FED.R.CIV.P. 23(a)(1) – Numerosity (Part B actual – Part C estimated)

- December 13, 2012-July 31, 2019 (six years before Complaint filed)
  - People:  88,392
  - Claims:  378,505

- August 15, 2018-July 31, 2019 (120 days before Complaint filed)
  - People:  42,242
  - Claims:  133,599

- October 14, 2018-July 31, 2019 (60 days before Complaint filed)
  - People:  34,120
  - Claims:  117,612

1

# FED.R.CIV.P. 23(a)(1) – Numerosity (Part B actual – Part C estimated)

- Other relevant numbers – not a basis for class certification

- December 13, 2012-July 31, 2019
    - 114,093 claims denied using "GY" modifier – "statutorily excluded"
- January 12, 2017 (day CMS 1682-R issued)-July 31, 2019
    - 249,145 claims denied with service dates on or after January 12, 2017

1

# FED.R.CIV.P. 23(a)(2) - Commonality

- Not Disputed

# FED.R.CIV.P. 23(a)(3) - Typicality

- Not Disputed

2

# FED.R.CIV.P. 23(a)(4) – Representation

- Carol Lewis
  - Alleged "trump card"
  - Sua sponte summary judgment
- Douglas Sargent
  - Motion to dismiss
    - *Bloom v. Azar* (September 2020) – Second Circuit rejects Secretary's argument

- Not antagonistic or conflicting interests with unnamed class members
- Able to vigorously prosecute interests through qualified counsel

4

# Fed.R.Civ.P. 23(b)(2)

- Acted or refused to act on grounds that apply generally to the class
  - Undisputed
- Injunctive relief is appropriate
  - No damages against the government
  - Only injunctive relief is available
    - *Bowen v. Massachusetts*, 487 U.S. 879, 893-901 (1988)

5

# FED.R.CIV.P. 23(b)(3)

- Common questions of law or fact predominate over questions affecting only individual members
  - Not disputed
- Class action is superior to other methods for fairly and efficiently adjudicating the controversy
  - *Zieroth* and *Olsen* cases
  - Notice to MAPs

6

# Mechanics of Notice

- Secretary needs to supplement production to include:
  - All Part B claim data since July 31, 2019
  - All Part C claim data since December 13, 2012
    - Including the MAP information for each claim
  - Address and identifying information for the class members
    - Unique identifying information is needed to identify duplicates/people submitting claims under more than one HICN
- Plaintiffs will engage a third-party notification service to accomplish first class mailing and gather written and Internet responses
  - Responses shared with both sides

7

# Appointment of Class Counsel

- Undisputed

8