**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| CAROL A. LEWIS and DOUGLAS B. SARGENT, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-2929 (RBW) |
| | ) | |
| NORRIS COCHRAN, in his official capacity as Acting Secretary of the United States Department of Health and Human Services,[1] | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

_____

**ORDER**

In accordance with the Memorandum Opinion issued on this same day, it is hereby

**ORDERED** that the Secretary's Partial Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, ECF No. 22, is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that it seeks to dismiss the following counts of the plaintiffs' Class Action Complaint ("Complaint"): (1) Count I; (2) Count II; and (3) Count V, to the extent that Count V applies to the plaintiff Carol A. Lewis.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the following counts of the plaintiffs' Complaint are **DISMISSED**: (1) Count I; (2) Count II; and (3) Count V, to the extent that Count V applies to Lewis.  It is further

---

[1] Norris Cochran is the current Acting Secretary of the United States Department of Health and Human Services, and he is therefore substituted for Alex M. Azar, II as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

**ORDERED** that the Secretary shall answer or otherwise respond to the plaintiffs' Complaint on or before February 12, 2021.  It is further

**ORDERED** that Carol Lewis and Douglas B. Sargent's Motion for Class Certification and Appointment of Class Counsel, ECF No. 63, is **DENIED WITHOUT PREJUDICE**, with the understanding that the parties can refile their submissions taking into consideration the Court's rulings on the Secretary's motion to dismiss.  It is further

**ORDERED** that (1) on or before February 26, 2021, the plaintiffs shall, if appropriate, file their renewed class certification motion; (2) on or before March 12, 2021, the Secretary shall file his opposition to the plaintiffs' motion, if any; and (3) on or before March 19, 2021, the plaintiffs shall file their reply in support of their motion, if any.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on June 7, 2021, at 10:00 a.m., which will serve as a target date for the resolution of the plaintiffs' class certification motion, if such a motion is refiled.[2]  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 29th day of January, 2021.

REGGIE B. WALTON
United States District Judge

---

[2] If the plaintiffs do not refile a class certification motion, the Court will schedule an earlier hearing immediately after the date for the refiling of a class certification motion.