IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 18-cv-2929 (RBW) |
| NORRIS COCHRAN, in his official capacity as Acting Secretary of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Norris Cochran,[1] Acting Secretary of Health and Human Services (the "Secretary"), respectfully requests an extension of time of one business day to answer the complaint in this case. Under Federal Rule of Civil Procedure 12(a)(4)(A), the Secretary's answer would otherwise be due today, fourteen days after the Court issued an order and opinion denying the Secretary's partial motion to dismiss. ECF Nos. 77 & 78. The Secretary requests an extension of time until February 16, 2021. The press of other business necessitates this brief extension, and plaintiffs consent to this relief.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)

---

[1] Acting Secretary Cochran is automatically substituted as Defendant by operation of Federal Rule of Civil Procedure 25(d).

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: February 12, 2021