IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*,           ) | |
|                                     ) | |
|     Plaintiffs, ) | |
|                                     ) | |
| v.                                  ) | |
|                                     ) | Case No. 18-cv-2929 (RBW) |
| NORRIS COCHRAN, in his official     ) | |
| capacity as Acting Secretary of Health ) | |
| and Human Services,                 ) | |
|                                     ) | |
|     Defendant.  ) | |
|                                     ) | |

**SECOND DECLARATION OF JON DORMAN**

I, Jon Dorman, declare as follows:

1. I am the Appeals Policy and Operations Division Director within the Office of Medicare Hearings and Appeals (OMHA), a component of the U.S. Department of Health and Human Services. Our office is responsible for administering the administrative law judge hearing level of the administrative appeals process for Medicare benefit claims. As the Appeals Policy and Operations Division Director, I am responsible for overseeing appeal processing policy and procedures at OMHA.

2. I have access to the Medicare Appeals System, which contains information regarding Medicare claim appeals appealed to the administrative law judge hearing level.

3. The Centers for Medicare & Medicaid Services or its contractors enter into the Medicare Appeals System the amount that a Part B supplier originally billed when an item or service was furnished to a beneficiary. However, the information about the original billed amount for each claim that is entered in the Medicare Appeals System is not an authoritative determination of the amount in controversy, which is calculated by each adjudicator in

accordance with 42 C.F.R. § 405.1006. The information contained in the Medicare Appeals System is also incomplete. For example, the information does not include deductibles and co-pay amounts, nor partial payments that may be used in calculating the amount in controversy, and Part C appeals do not contain information about the original billed amount of a claim.

   4.  I have consulted the Medicare Appeals System regarding each of the following appeals that were adjudicated at the administrative law judge hearing level.

     a.  For the following six OMHA appeals, the Medicare Appeals System lists an original billed amount of greater than $1,600: 1-7157501924, 1-7245879052R1, 1-7725439646, 1-8606020191, 1-8630803174, 1-8669045980.

     b.  For the following two OMHA appeals, the Medicare Appeals System lists original billed amounts that are, in sum, greater than $1,600: 1-6960804335, 1-6960804485.

     c.  For the following two OMHA appeals, the Medicare Appeals System lists original billed amounts that are, in sum, greater than $1,600: 1-8048536100, 1-8048583213.

     d.  For the following two OMHA appeals, the Medicare Appeals System lists original billed amounts that are, in sum, greater than $1,600: 1-6303395252R1, 1-6530760780.

     e.  For the following three OMHA appeals, the Medicare Appeals System lists an original billed amount of less than $1,600: 1-3817321143, 1-7231991593, 1-7517373653.

       f.       For the following two OMHA appeals, the Medicare Appeals System lists original billed amounts that are, in sum, less than $1,600: 1-7793043311, 1-7793076659.

       g.       For the following five OMHA appeals, the Medicare Appeals System does not list an original billed amount: 1-2302249522R1, 1-4190310041, 1-4772406346, 1-7391947282, 1-7991031931.

5. I have consulted the Medicare Appeals System to determine whether any of the appeals discussed above were brought by the same Medicare beneficiary, or by either plaintiff in this case.

       a.       The six appeals discussed in paragraph 4.a were each brought by a different Medicare beneficiary, one of whom is a plaintiff in this case.

       b.       The two appeals discussed in paragraph 4.b were brought by the same beneficiary, who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

       c.       The two appeals discussed in paragraph 4.c were brought by the same beneficiary, who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

       d.       The two appeals discussed in paragraph 4.d were brought by the same beneficiary, who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

       e.       The three appeals discussed in paragraph 4.e were each brought by a different Medicare beneficiary who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

  f.  The two appeals discussed in paragraph 4.f were brought by the same beneficiary, who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

  g.  The five appeals discussed in paragraph 4.g were each brought by a different Medicare beneficiary who is not a plaintiff in this case and did not bring any other appeals described in this declaration.

6. I have accurately reported the information that is listed in the Medicare Appeals System, but I do not have any independent knowledge of the accuracy of the information contained in that System.

*************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of March 2021.

                _____
                Jon Dorman
                Office of Medicare Hearings and Appeals