IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| Plaintiffs, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) RE: CLASS CERTIFICATION |
| XAVIER BECERRA, in his official capacity as acting Secretary of Health and Human Services, | ) HEARING |
| | ) |
| Defendant. | ) |

Having considered the arguments of counsel and for good cause shown,

IT IS HEREBY ordered that the class certification hearing set for June 7, 2021 at 10:00am will be conducted in-person.

Dated: _____     _____
                                                                                    Hon. Reggie Walton
                                                                                    United States District Judge

1