IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-cv-2929 (RBW) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | ) ) ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION
FOR AN IN-PERSON CLASS CERTIFICATION HEARING**

On January 29, 2021, this Court ordered "that the parties shall appear . . . for a status conference on June 7, 2021," to be held "via teleconference." ECF No. 78 at 2.  The district court was then, and at the time of this filing remains, in Phase Two of its Continuity of Operations Plan, under which teleconferencing "should continue to be used to the greatest extent possible." *See* Continuity of Operations Plan for COVID-19 at 15 (updated Mar. 4, 2021).  On April 2, 2021, Chief Judge Howell emphasized that "remote proceedings in . . . civil matters are encouraged to continue." COVID-19 Standing Order 21-20 at 3.[1]  However, "[t]he presiding Judge may grant a request from a party to hold a court proceeding in person if the presiding Judge agrees that an in-person appearance by a party is necessary." Continuity of Operations Plan for COVID-19, App'x 7 at 1.

The Secretary does not believe that it is necessary to hold the June 7 status conference in person.  Plaintiffs agree that it would be appropriate to hold a status conference by telephone.  Yet

---

[1] Both of these orders are available at: https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements.

plaintiffs either perceive some ambiguity in the Court's order setting a status conference, or else wish to request a hearing on their motion for class certification.

The Secretary takes no position on whether the Court should hold a hearing on plaintiffs' pending motion for class certification. The chief issue disputed on that motion is a pure question of law: whether, when assessing the numerosity of the proposed class, this Court must (or may) consider the fact that it consists almost entirely of individuals with claims that are unexhausted, time-barred, or short of the jurisdictional amount in controversy. The Secretary does not believe that it is necessary for a hearing on such issues to be conducted in person, should the Court choose to hold a hearing.

Dated:  May 19, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*