UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROL A. LEWIS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 18-2929 (RBW) |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,[1] | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on May 21, 2021, via teleconference, it is hereby

**ORDERED** that Carol Lewis and Douglas Sargent's Motion to Deem Allegations Admitted, ECF No. 82, is **DENIED**. It is further

**ORDERED** that Carol Lewis and Douglas Sargent's Motion for In-Person Class Certification Hearing, ECF No. 90, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks a hearing on the plaintiffs' class certification motion. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the status conference currently scheduled for June 7, 2021, is **VACATED**. It is further

---

[1] Xavier Becerra is the current Secretary of the United States Department of Health and Human Services, and he is therefore substituted for Alex M. Azar, II as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

**ORDERED** that the parties shall appear before the Court for a hearing on the plaintiffs' class certification motion on July 20, 2021, at 11:30 a.m., via videoconference.[2]  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on September 7, 2021, at 10:30 a.m., which will serve as a target date for the resolution of the plaintiffs' class certification motion.  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 24th day of May, 2021.

REGGIE B. WALTON
United States District Judge

---

[2] Counsel for the plaintiffs shall contact the Courtroom Technology Administrator, John Cramer, by phone (202-354-3019) or email (john_cramer@dcd.uscourts.gov), to discuss whether the Courtroom Technology department can adequately accommodate the plaintiffs' technological needs at the July 20, 2021 motion hearing via videoconference.  If, after conferring with Mr. Cramer, the plaintiffs still believe that an in-person hearing is necessary, the plaintiffs may renew their request for an in-person motion hearing.