IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROL A. LEWIS, and DOUGLAS B.
SARGENT, on behalf of themselves and all
others similarly situated,

   *Plaintiffs,*

  v.

ALEX AZAR, in his capacity as Secretary
of the United States Department of Health
and Human Services,

   *Defendant.*

Case No. 19-cv-3556

JURY TRIAL DEMANDED

DECLARATION OF NICHOLAS ARGENTO, M.D., F.A.C.E.

Pursuant to 28 U.S.C. § 1746, I, Dr. Nicholas Argento, declare as follows:

  1.  I am a specialty board certified practicing physician at the Maryland Endocrine,

where I am the Diabetes Technology Director and specialize in the treatment of insulin requiring

diabetes.

  2.  I graduated from the University of Maryland School of Medicare in 1985.  From

1985-1988, I did my internship and residency at the University of Maryland Medical System in

the Baltimore V.A., where, from 1990-91, I was the Chief Medical Resident and Clinical Instructor

in Medicare.  In addition, from 1988-1990, I did a fellowship in Endocrinology, Diabetes, and

Metabolism and I am a Fellow of the American College of Endocrinologists (F.A.C.E.).  A

complete copy of my CV is attached hereto.

  3.  Explanation of a few terms may assist the reader.  Traditional testing of blood

glucose values using finger-stick testing is referred to as self-monitoring of blood glucose (SMBG). Measuring hemoglobin A1C (A1C) provides an estimate of the average blood glucose level for the prior 2-3 months. A severe hypoglycemic reaction is when insulin therapy causes a blood glucose so low that the individual requires the assistance of others to detect or resolve the hypoglycemia reaction. Such reactions are potentially fatal. Continuous Glucose Monitors (CGMs) sample the glucose levels in interstitial fluid, recognized as reflecting actual blood glucose levels through the use of algorithms built into the devices. Current CGM devices update the glucose  levels every 1-5 minutes. CGM's come in two forms: real-time CGMs (rtCGMs) such as devices from Dexcom, Medtronic, and Senseonics, and intermittent scan CGMs (isCGMs) exemplified by the Freestyle Libre devices.

4.      The landmark Diabetes Control and Complications Trial (DCCT) 1982-1993, was a large scale, nine-year trial designed to determine whether complications from Type I diabetes could be prevented or delayed through the use of "intensive insulin therapy" which was the administration of insulin via injection or insulin pump in a manner that mimicked natural physiologic insulin secretory patterns. Therapy was guided via personal use of SMBG and quarterly A1C determinations.

5.      Inherent in this approach to treatment was frequent self-monitoring of blood glucose at least 4 times per day with insulin dose adjustments made at meals and possibly other times based on the results of this monitoring as well as other factors such as food consumption and physical activity. At the time of the DCCT, state of the art care was for patients to check their glucose levels through multiple fingerstick checks per day.

6.      While there have been subsequent trials in Europe and smaller trials in the United States examining similar issues, the DCCT remains the pre-eminent work in this field.  It

established the fact that the physiologic delivery of insulin replacement therapy by injection or pump which mimicked natural insulin secretory pattern, and with insulin dosing based on very frequent glucose monitoring, could achieve lower average blood glucose levels as reflected by lower A1C results and reduce the risk of developing some of the key complications of Type 1 diabetes.   However, a critical limitation was that there were a higher number of severe hypoglycemic reactions in the group so treated.

7.     Long-term monitoring of patients in the DCCT continues and there are periodic reports of these results.   *See, e.g.*, Writing Group for the DCCT/EDIC Research Group, Coprogression of Cardiovascular Risk factors in Type 1 Diabetes During 30 Years of Follow-Up in the DCCT/EDIC Study, Diabetes Care, Vol. 39, pg 1621-1630 (September 2016).

8.     The trial showed that reducing A1C values to close to normal decreases risk of diabetes related complications (*e.g.*, neuropathy, coronary artery disease, microvascular and macrovascular complications).

**Background on Diabetes**

9.     Diabetes mellitus is a condition in which the body's ability to regulate sugar (glucose) in blood is compromised.  Sugar (glucose) is the primary source of energy for the body and is able to enter some cells of the body through the action of insulin attaching to insulin receptors on the surfaces of those cells which allows glucose to pass into the cells.   This dysregulation seen in people with Type I diabetes occurs because the body at first does make enough and eventually makes little or no insulin.  Alternatively, in people with Type 2 diabetes, the body is resistant to the action of insulin.  Despite efforts to make additional insulin to overcome that resistance, there is not enough insulin to overcome that resistance.  Further, over time, the ability to make insulin wanes and these people often become significantly insulin deficient as well,

similar to those with Type 1 diabetes.

10.     This declaration addresses Type I diabetes as it is the type of diabetes for which continuous glucose monitors are most commonly prescribed.  However, the statements apply equally to those with insulin deficient type 2 diabetes. Between 5-10% of people with diabetes have Type 1 diabetes.

11.     Among its many adverse outcomes, diabetes is associated with both microvascular (retinal, neuropathic, and renal) and macrovascular complications.

12.     Microvascular complications are short- and long-term adverse effects on the small blood vessels of the body.  Renal dysfunction from chronic high blood glucose leads to worsening renal function and eventually end stage kidney disease, which requires renal replacement. Neuropathic complications affect the nerve function in the body, leading to loss of function, dysfunction, or pain. These complications are closely related to the quality of glucose control.

13.     In diabetes, microvascular complications also include retinopathy.

14.     Diabetic Retinopathy is damage to the eye in various forms (microaneurysms, venous loops and retinal ischemia, hemorrhages in the retina, hard and soft leakage of cells, proteins, and solid material from the blood vessels in the eyes, and proliferation of new blood vessels within the eye, including hemorrhages into the vitreous humor (*i.e.*, the transparent gel in the eye)) and diabetic macular edema.

15.     Over time, the damage to the retina caused by diabetes can lead to a deterioration or loss of vision.  Indeed, diabetes is one of the leading causes of blindness in the United States.

16.     Lower A1C levels, particularly when achieved through the use of a physiologic insulin replacement program such as was used in the DCCT, are associated with a much lower risk of developing retinopathy.  *See, e.g.*, DCCT Research Group, the Relationship of Glycemic

Exposure (HbA1c) to the Risk of Development and Progression of Retinopathy in the Diabetes Control and Complications Trial (Diabetes, Vol. 44, pg. 968 983 (August 1995) (lower A1C values associated with >40% reduction in risk of retinopathy progression).

17.     Indeed, intensive monitoring of glucose values in support of a physiologic insulin replacement program have been shown to be one of the key components of an effort to reduce the overall risk of retinopathy by 54-76%. *See, e.g.*, Fong, et al., Retinopathy in Diabetes, Diabetes Care, Vol. 27, Supp. 1 pg. 584-587 (January 2004).

18.     Diabetic nephropathy is kidney damage due to diabetes, particularly seen in people with prolonged poorly controlled glucose levels.  This kidney damage is initially evidenced by high levels of protein in the urine (proteinuria).  It progresses to reduction in the kidneys' filtering ability as reflected by declines in the eGFR (estimated glomerular filtration rate), reflecting progressive stages of kidney failure.  In some cases, kidney failure from diabetes leads to end stage renal failure resulting in dialysis and/or kidney transplants. Diabetes is the leading cause of end stage renal disease requiring transplant or dialysis in the US. The DCCT demonstrated that intensive glucose control could reduce, prevent, or delay the occurrence or progression of diabetic nephropathy.

19.     Diabetic neuropathy is damage to the nerves of the body due to diabetes, similarly seen more frequently in people with prolonged poorly controlled glucose levels.  Diabetic peripheral neuropathy injures the nerves carrying signals to the brain from the skin, muscles, and limbs.  This damage can occur throughout the body and can be associated with weakness, numbness, and pain in the limbs, most commonly in the feet and lower legs, but also, when severe, in the hands.  Painful diabetic neuropathy can cause chronic pain that can be intractable and is associated with depression, sleep disruption, and occupational disability. Loss of sensation in the

feet can lead to the formation of deformities and ulcers on the feet and toes, which are at significant risk of infection and can then lead to the need of amputations. Diabetic autonomic neuropathy causes internal organ dysfunction including inability to regulate the blood pressure with changes in position such that it drops with standing, diarrhea, inability to digest food (gastroparesis), or inability to empty the urinary bladder. The DCCT demonstrated that intensive glucose control could reduce, prevent, or delay the occurrence or progression of diabetic neuropathy.

20.     Macrovascular complications are the short- and long-term effects on the large vessels of the body, the arteries (coronary and peripheral arteries). These include the buildup of plaques in the arteries (literally, hardening of the arteries) supplying the heart, brain, limbs, and other organs, leading to increased risk of heart attack, heart failure, or cardiac death. These plaques can lead to blockages of the arteries which increase the risks of, *inter alia*, stroke and gangrene.

21.     In combination, microvascular and macrovascular complications, especially in the legs, make diabetes the leading cause of non-traumatic limb amputations in the United States.

22.     Hypoglycemia (too little glucose) and hyperglycemia (too much) are two measures of improper glucose levels in the blood. Conversely, appropriate glucose levels are referred to as normoglycemia and sometimes measured using a CGM as the "time-in-range (TIR)" or the amount of time during the day that the glucose level is in the desired range, not too high or low. Concern about glucose levels becoming acutely and significantly high or low is common for many people with Type 1 diabetes, particularly those who are trying to avoid complications by utilizing a physiologic insulin replacement program and setting aggressive glucose control goals for themselves. The more aggressive that a person may be in dosing insulin to achieve near-normal glycemic patterns and thus avoid long-term complications, the increased risk there is of significant glycemic excursions. The most acutely dangerous event among these excursions is the

development of acute severe hypoglycemia.

23.     Severe incidents of hypo/hyperglycemia (defined as an incident requiring the assistance of another person, which usually occurs with a glucose value of less than 55 mg/dL), may put someone into a coma or otherwise precipitate an acutely severe event impacting the person's functional abilities.   It can put the person at risk for much more acute damage to neurologic function, physical health due to falls during the event, and if there is existing cardiovascular disease, can trigger a cardiovascular or cardiac arrhythmic event.   All of these sequellae can increase the risk of death.

24.     Among its many consequences, hypoglycemia is associated with an estimated 4-10% of the deaths of Type 1 patients.   *See, e.g.*, Morals, et al., Hypoglycemia, American Journal of Medicine, Vol. 127, No. 10A, pg. S17-24 (October 2014).  In addition, in older patients, the risk of dementia is graded with the frequency of severe hypoglycemic events.   *Id*.

25.     For many people with diabetes that require insulin replacement therapy, mild/severe incidents of hypo/hyperglycemia are associated with sweating, jitters, headaches, and other physical symptoms.   These symptoms can alert them to take corrective action.   These symptoms reflect the body's response to a dropping glucose level, which causes a surge of epinephrine (adrenaline) that is actually what causes some of the symptoms.   These early premonitory symptoms are not the direct effect of the low glucose level itself.   They result from the indirect effect of the dropping sugar level which causes the secretion of hormones like epinephrine and glucagon which work to help bring the glucose level back up from sugar stored in the liver and muscles.   However, if there is enough downward momentum in the glucose level due to excessive insulin dosing, insufficient eating, or increased physical activity, the body may not be able to overcome this downward push with its own mechanisms using these hormones and

its own stored glucose. Once the glucose level drops to a severely low level (usually 55 mg/dL or below) the person begins to have the *direct* effect of the hypoglycemia on neurocognitive function ("neuroglycopenia") resulting in reductions in the ability to think, communicate, and reason, and eventually that person can become confused, lethargic and eventually comatose.

26.     Unfortunately, the longer a person lives with diabetes, the less their body exhibits these early premonitory symptoms.  Thus, a person's glucose level may be dropping toward, or actually having reached, a severe hypoglycemic level and have no conscious physical sensation of it.  This is referred to as "hypoglycemic unawareness."  In these instances, the first clue that a person is approaching a hypoglycemic event is when that event actually occurs and they actually experience the severe impact of neuroglycopenia.  They can go from being seemingly fine one moment to confused or suffering loss of consciousness the next.

27.     A subset of persons suffering from diabetes who frequently have significant variability in their glucose levels, often in the context of hypoglycemic unawareness, are referred to as having very unstable diabetes (formerly called "brittle").  "Unstable" diabetes is characterized by frequent, often rapid swings in glucose levels.  These changes, in the context of hypoglycemic unawareness, can lead to rapid (on the order of 5 to 10 minutes) onset of the consequences of hypoglycemia.  These people can quickly have a severe hypo/hyperglycemic event that can lead to diabetic coma and, if not promptly/properly treated, the potential of severe comorbidities or even death.  While always a risk, for people with unstable diabetes, the danger can be particularly acute at night, when people are sleeping and may be even less aware of an impending severe hypoglycemic event.

28.     Severe and prolonged hypoglycemia can cause cumulative damage to the brain and is associated with a reduction in measured IQ, impaired recall, and slower thinking.  *See* Langan,

et al., Cumulative cognitive impairment following recurrent severe hypoglycaemia in adult patients with insulin treated diabetes mellitus, Diabetologia, 1991; 34:337-344.

29.     As reported, hypoglycemia has been the cause of death of 4-10% of people with Type I diabetes.  *See, e.g.*, Seaqusit, et al., Hypoglycemia and Diabetes: a Report of a Workgroup of the American Diabetes Assoc. and the Endocrine Society, Diabetes Care 36:1384-1395, 2013

**Using CGMs Reduces Irreparable Damage to the Body and Saves Lives**

30.     Severe hypo/hyperglycemic events have the potential to be damaging and, as stated above, can lead to death.  Scenario's where people are at increased risk for severe hypoglycemia must be avoided or at least have the risk blunted, as these can be the most acutely dangerous.  However, part of an overall strategy to stabilize glucose patterns also involved controlling the periods of time when the person becomes hyperglycemic, and over time, this has also been demonstrated to blunt the development of the long-term complications of diabetes (see prior discussion of the DCCT).  Accordingly, using methods to avoid/limit these hypo- and hyperglycemic events is a key component of diabetes treatment design.  Avoiding/limiting these events is reflected in increases in the time-in-range.

31.     Studies of self-reported severe hypoglycemic events have shown such events are associated with a 3.4X increase in mortality at 5 years.  *See, e.g.*, McCoy, et al., Increased mortality of patients with diabetes reporting severe hypoglycemia, (Diabetes Care, Vol. 35., pg. 1897-1901, September 2012).

32.     However, even this number may underestimate the impact of severe hypoglycemic events because it is based on self-reporting (which is inherently subject to inaccuracy) and there may be motivations to underreport.  *See, e.g.*, Reddy, et al., A randomized controlled pilot study of continuous glucose monitoring and flash glucose monitoring in people with Type 1 diabetes

and impaired awareness of hypoglycemia, (Diabetic Medicine, pg. 483-490 (2017) (driving regulations may affect reporting rates).

33.     While isCGMs have certain advantages, they do not offer the passive alerts and potential integration with insulin pumps that rtCGMs do and most studies cover rtCGMs.  In this declaration, "CGMs" refers to real-time CGMs.

34.     A1C provides a 2-3 month moving reflection of overall glycemic control and it is the major control measure that correlates with the risk of developing long-term complications. However, it does not reflect any measure of the number or severity of short-term glucose swings (including the frequency of severe hypoglycemic events).  It is just reflective of an average.  Thus, an on-target A1C can be achieved by very stable glucose patterns, or conversely saw-tooth glucose patterns that average out (as reflected by the A1C) to a good level.  However, the acute and chronic danger from the latter may be far greater than what is seen with the former.

35.     At this point, the studies demonstrating the effectiveness of CGMs and their superiority to SMBG for Type 1 diabetics are legion.  CGMs have been shown to increase the time-in-range, decrease the frequency of even mild hypo/hyperglycemic events, and dramatically reduce the risk of severe hypo/hyperglycemic events.  Further, CGMs are associated with improved A1C values.

36.     Van Beers, et al., Continuous glucose monitoring for patients with type 1 diabetes and impaired awareness of hypoglycemia (IN CONTROL): a randomized, open-label, crossover trial (Lancet, Vol. 4, pg. 893-902, Nov. 2016).  This study compared CGM to SMBG and reported a ~17% improvement in time-in-range (65.0 % v. 55.4%), a ~41% reduction in time in hypoglycemia (6.8% v. 11.4%), and a ~59% reduction in severe hypoglycemic events (14 v. 34). Further, as reported, ~25% of adult patients with Type 1 diabetes have unawareness and, on

average, suffer 3.2 severe hypoglycemic events/year.

37.     Argento, et al., Personal Real-time Continuous Glucose Monitoring in Patients 65 Year and Older, Endocrine Practice, Vol. 20, No. 12, pg 1297-1302 (2014). This study I conducted which showed an 48% reduction in patients having severe hypoglycemic events and an ~79% reduction in the total number of such events once switching from SMBG to CGM. In addition, the study showed a reduction in A1C values.

38.     It is my expert opinion that the current state of treatment of type 1 diabetes and insulinopenic (insulin-insufficient) type 2 diabetes is characterized by a couple of key principles and perspectives. Physiologic insulin replacement programs are the recommendations of expert groups as exemplified by the latest American Diabetes Association Standards of Care. (Pharmacologic Approaches to Glycemic Treatment: Standards of Medical Care in Diabetes 2021 Diabetes Care 2021;44 (Suppl. 1):S111–S124). The American Diabetes Association also states in the current standards of care that real-time continuous glucose monitors used in conjunction with a physiologic insulin replacement program (multiple daily injections or continuous subcutaneous insulin infusion – insulin pumps) can lower and/or maintain optimal A1C levels and/or reduce the risk of developing hypoglycemia. (Diabetes Technology: Standards of Medical Care in Diabetes 2021 Diabetes Care 2021;44(Suppl. 1):S85–S99). As we have noted, stabilizing glycemic patterns and providing warning of impending hypoglycemia are the means by which CGM's accomplish the above goal. The ADA goes on to recommend that "People who have been using continuous glucose monitors should have continued access across third-party payers."

39.     It is my opinion, based on my experience, research, and review of the peer-reviewed published medical literature, that persons prescribed a CGM by their doctor but who are unable to obtain one suffer a substantial risk of irreparable harm, including death, (as outlined above) as a

result of exposure to hypoglycemic events that could have been avoided had a CGM been available.

40.     It is my opinion that a CGM is the standard of care for all Type I diabetics who are unable to otherwise adequately control their glucose values (*e.g.*, those with unawareness and/or who are brittle), especially those with any history of significant or severe hypoglycemia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     Sept 19, 2021                         *Nicholas B Argento Md*

                                                       Nicholas B. Argento MD FACE

# CURRICULUM VITAE

**Nicholas B. Argento, MD, FACE**                    **July 2021**

Current Address:                     Maryland Endocrine and Diabetes
                                     10710 Charter Drive
                                     Suite 410
                                     Columbia, MD 21044
                                     (301) 953-2080

## Education

1977 – 1981          B.S. in Biology          Georgetown University
                                              Washington, D.C.

1981 – 1985          M.D.                     University of Maryland
                                              School of Medicine
                                              Baltimore, Maryland

## Internship and Residency  (Internal Medicine)

7/1/1985 – 6/30/1988                     Department of Medicine
                                         University of Maryland
                                         Medical System
                                         Baltimore V.A. Hospital
                                         Baltimore, Maryland

7/1/1990 – 6/30/1991                     **Chief Medical Resident**
                                         **Clinical Instructor in Medicine**
                                         Department of Medicine
                                         University of Maryland
                                         Medical System
                                         Baltimore V.A. Medical Center
                                         Baltimore, Maryland

## Fellowship  (Endocrinology, Diabetes and Metabolism)

7/1/1988 – 6/30/1990                     Department of Medicine
                                         University of Maryland
                                         Medical System
                                         Baltimore V.A. Medical Center
                                         Baltimore, Maryland

1

**Professional**

7/1/1991 – Present                    Maryland Endocrine and Diabetes
                                      Diabetes Technology Director
                                      EHR Director

**Certification**

1986        Diplomate, National Board of Medical Examiners
1988        Diplomate, American Board of Internal Medicine –Internal Medicine
1991        Diplomate, American Board of Internal Medicine – Endocrinology,
            Diabetes and Metabolism, initial certification, scoring in 98% percentile
2001 – 2021 Diplomate, American Board of Internal Medicine – Endocrinology,
            Diabetes and Metabolism, re-certifications
4-2014- 5-2017  Diabetes Technology Society Certified Diabetes Technology Clinician (CDTC)

**Licensure**

1986        Maryland  Medical License  #D34018
8-2010      Pharmaceutical Detailer, District of Columbia  #DT02293

**Professional Memberships**

American Diabetes Association
American Association of Clinical Endocrinologists
Endocrine Society

**Honors and Awards**

1980                    Phi Beta Kappa in Junior year, Georgetown
University
1981                    Magna Cum Laude, Georgetown University
1985                    Alpha Omega Alpha, University of Maryland
                        School of Medicine
1985                    Cum Laude, University of Maryland School of
                        Medicine
2005                    President, Maryland Endocrine Society

11-2018                 Named JDRF Mid Atlantic Chapter 'Star of Hope'
                        for 2018 Annual Gala to acknowledge contributions
                        to JDRF and the T1D community
11-2018                 Accepted as Fellow of American College of
                        Endocrinology (FACE)

**Academic Appointments**

1987 – 1990                          Assistant Instructor in Medicine
                                     Department of Medicine
                                     University of Maryland Medical System
                                     Baltimore, Maryland


1990 – 1991                          Clinical Instructor in Medicine
                                     Department of Medicine
                                     University of Maryland Medical System
                                     Baltimore, Maryland

1991 – 1999                          Clinical Assistant Professor of Medicine
                                     Department of Medicine
                                     University of Maryland Medical System
                                     Baltimore, Maryland

**Hospital Positions**

1993 – 2018                          Medical Advisor, Diabetes Program
                                     Howard County General Hospital
                                     Columbia, Maryland

1994- 2015                           Responsible for providing an overview of
                                     diabetes and its treatment to diabetics taking
                                     the monthly **Living with Diabetes** Course,
                                     an American Diabetes Association certified
                                     program at Howard County General
                                     Hospital


**Editorial-Journal-Outreach Review Positions**

Medical Advisory Board, **Diabetic Living** Magazine, June 2011- June 2015

Ad Hoc Reviewer:
Endocrine Practice, Jan 2015- ;
Diabetes Technology and Therapeutics, Summer 2017-
Diabetic Medicine, May 2018-


**Professional Society Activities**:

3

Member of multi-Society Task Force (ADA, ES, AACE, JDRF), representing the Endocrine Society, working with CMS to request updated insulin pump requirements, Spring 2015-2019. Represented Endocrine Society during CMS meeting on consideration of CGM as Durable Medical Good, 11-2016, 4-2017

Testified on behalf of Endocrine Society before the FDA in favor of non-adjunctive use of Dexcom CGM, 7-2016

**Community Activities**

1. Team captain for 'Dr Nick and The Cure Seekers', annual fundraising for JDRF Chesapeake Region, 1998-present. Recognized as Top Team in region 2018, 2021 OneWalk
3. Regular contributor to myGlu.org, the T1D Exchange research and social media outreach arm, June 2014-2019

**Professional/ CME Medical Education and Invited Talks, 2010 to present**

American Diabetes Association 70th Scientific Sessions 2010: Poster Audio Tour Moderator, GLP-1 receptor agonists, Orlando Florida, June 2010
American Association of Diabetes Educators, Maryland Chapter Update 2010: Assessing Blood Glucose Control with Modern Methods, Nov 2010
American Association of Diabetes Educators Webinar: Continuous Glucose Monitoring and Multi-Injection Therapy, Feb 2011
Advanced Technologies and Treatments for Diabetes, London UK: Continuous Glucose Monitoring: Clinical Application, Feb 2011
American Association of Diabetes Educators National Meeting 2011: Office Application of Continuous Glucose Monitoring, Aug 2011
Endocrine Grand Rounds, East Virginia School of Medicine: Interpretation of CGM Downloads and Use of CGM in Type 2 Diabetes, Sept 2011
Take Control of Your Diabetes Patient Program Co-Chair, Washington DC 2-2012:
        1) What's New in Continuous Glucose Monitoring?
        2) Surviving Hospitalization and Surgery with Diabetes
Pennsylvania Case Managers Association CEU Program: Continuous Glucose Monitoring: Indications and Applications, March 2012
American Association of Clinical Endocrinology Annual Meeting 2012 Satellite Symposium: CGM Review and Illustrative Cases, Philadelphia Pennsylvania, May 2012
University of Maryland Diabetes Conference: Insulin Pump management, Baltimore Maryland, July 2012
East Virginia Medical School Fellows Conference: Clinical Application of CGM, Norfolk Virginia, Aug 2012
University of Maryland Diabetes Conference: Continuous Glucose Monitoring Guidelines and Cases, Sept 2012

4

AACE Mid-Atlantic Chapter Annual Meeting 2013: Diabetes Technology: Insulin Pumps and Continuous Glucose Monitoring, Sept 2013

Georgetown School of Medicine Endocrine Grand Rounds: Diabetes Technology: Insulin Pumps and Continuous Glucose Monitoring, Jan 2014

Johns Hopkins Endocrinology Fellows Conference: CGM Interpretation Workshop, Feb 2014

American Association of Diabetes Educators Advisory Board on Best Practices with Continuous Glucose Monitoring, Chicago, March 2014

Taking Control of Your Diabetes Conference Co-Chair, Washington DC, June 2014:
1) Closed Loop Insulin Pumps
2) Exercise and type 1 Diabetes Workshop

Maryland Academy of Family Practice Annual Conference 2014: Insulin is not a punishment: implementing basal-bolus therapy in primary care, June 2014

Canadian Diabetes Association 2014 Annual Meeting: Clinical Application of Dexcom CGM, Corporate Symposium, Oct 2014

CGM Speaking Tour, Montreal and Halifax, Canada, sponsored by Animas Canada: 4 HCP and 1 patient program on Clinical Application of CGM, Feb 2015

Johns Hopkins Endocrinology Fellows Conference: CGM Interpretation Workshop, March 2015

Japan Night at the American Diabetes Association 75th Scientific Sessions: Use of CGM in Type 2 Diabetes, Boston Massachusetts, June 2015

CEU Program, Highmark BC-BS: Indications and Evidence for Personal CGM, Pittsburgh Pennsylvania, June 2015

University of Maryland Department of Endocrinology Fellows Conference: Clinical Application of PCGM, Sept 2015

Canadian Atlantic Endocrine Society, Halifax, Nova Scotia, Canada Keynote Speaker: Clinical Application of Personal CGM Case Studies, Sept 2015

University of Maryland Department of Endocrinology: Use of CGM in Type 2 Diabetes, Oct 2015

Cleveland Clinic Endocrine Grand Rounds: Clinical Application of Personal Use CGM, Oct 2015

Howard County General Hospital Grand Rounds: Treatment of Type 2 Diabetes, Columbia Maryland, Dec 2015

University of Maryland Medical System Diabetes Conference: Insulin Pump Therapy, Baltimore Maryland, Jan 2016.

CGM and Pump Physician Workshop, Sponsored by Animas Canada, Vancouver, Canada, April 2016: 1) Practical Application of CGM; 2) Special Situations with Insulin Pump Therapy: Hospitalizations, Procedures, Sick Day management, Steroids, Travel, and Pregnancy; 3) Putting It All Together: CGM and Pump Cases

CGM Speaking Tour, Ontario, Canada, Animas Canada. 8 programs for HCP's on Clinical Application of CGM, May 2016

Howard County General Hospital Grand Rounds: Diabetes Management During Hospitalization, Procedures and Sick days, Columbia Maryland, May 2016

Taking Control of Your Diabetes Conference Co-Chair, Washington, DC, May 2016:
1) Exercise and Type 1 Diabetes Workshop
2) Future Directions in T1D Research

5

CEU Program, Highmark BC-BS Case Managers: Indications and Evidence for Personal CGM, Pittsburgh Pennsylvania, June 2016

Maryland Academy of Family Practice Annual Update 2016: Update on Type 2 Diabetes: Making the Diagnosis, Setting Goals, and the Role of New Agents, June 2016

Animas Corporate Symposium on New Therapies for Diabetes, Advances In Diabetes Technology Conference 2016: Where We Are Now: Insulin Pumps and CGM, Keystone, Colorado, July 2016

Davenport Iowa Diabetes Symposium 2016: Insulin Pumps and CGM in Clinical Practice, July 2016

AACE Texas Chapter Endocrinology Update 2016: Clinical Application of CGM and Progress Toward a Closed Loop System, Dallas, Texas, August 2016

Frederick Memorial Hospital Diabetes Day for Primary Care 2016: Diabetes Technology for the PCP, Oct 2016, Frederick, Maryland

CGM Speaking Tour, Ottawa and Montreal, Canada, Animas Canada, 4 HCP programs: Clinical Application of CGM, Nov 2016

Genesis CME Winter Conference, Panama City, Panama: Application of Diabetes Technology in Primary Care, Jan 2017

CEU Program, Highmark BC-BS Case Managers: Indications and Evidence for Personal CGM, Pittsburgh Pennsylvania, May 2017

American Diabetes Association 32nd Annual Clinical Conference Diabetes Technology Workshop: 1) Overview and Update on Diabetes Technology; 2) Clinical Cases and Key Learnings, insulin pump and CGM, Orlando Florida, May 2017

University of Maryland Diabetes Conference, 2017: Diabetes Technology Update and a Look to the Future, Baltimore Maryland, June 2017

Maryland Academy of Family Practice Annual Update, 2017: Understanding A1c, and Review of Recent Cardiac trials in T2D, College Park Maryland, June 2017

Genesis Fall CME Program 2107: Looking Beyond A1c and Review of Recent Cardiovascular Trials in T2D, Costa Rica, Sept 2017

Type 1 Diabetes JDRF Summit 2017: CGM: The New Standard of Care, Georgia, Sept 2017

Frederick Memorial Hospital Diabetes Update for Primary Care 2017: Diabetes Technology for the PCP, Frederick Maryland, Oct 2017

Canadian Diabetes Association Meeting 2017: Defining a New Standard of Care with CGM, Dexcom Product Theaters and dinner presentations, Edmonton Canada, Nov 2017

CDE CGM Workshop, Vancouver, British Columbia, Canada, April 2018:
1) Introduction to Modern CGM
2) Update on Recent Studies and Practice Implications of Personal CGM
3) Putting it all together: CGM guidelines and Cases

CEU Program, Highmark BC-BS Case Managers June 2018: Indications and Evidence for Personal CGM, Pittsburgh Pennsylvania

Baltimore Endocrine Society Meeting, Sept 2018: Personal CGM and Closing the Loop 2018, Baltimore, MD

Genesis Hospital System Winter CME program, Jan 2019: 1) Changing Paradigms in T2D, and 2) Sick Day, Procedure and Hospital Care for People with Diabetes. Cartagena, Colombia, South America

American Society of Clinical Pathology On demand CME program, Feb 2019: Self-Monitoring of Blood Glucose and Continuous Glucose Monitoring 2019

CEU Program Case Managers National Meeting, Feb 2019. Continuous Glucose Monitoring: complete care management solution for diabetes. National Harbor, Maryland

Union Memorial Diabetes Day, April 2019: CGM and Closing the Loop 2019, Baltimore, MD

AACE Annual Meeting CME Program, April 2019: Boiling Down CGM Data: What You Need to Know in a Busy Clinical Practice. Los Angeles, CA

ADA Satellite Program, June 2019: Clinical Application of CGM in adults. What a clinician needs to know. San Francisco, CA

Suburban Hospital Diabetes Symposium, Sept 2019: SGLT-2 inhibitors and diabetic kidney disease. Bethesda, Maryland

Genesis Hospital System Fall CME Program, Oct 2019: 1) Monitoring Glycemia, 2019 2) Endocrine Emergencies.  Florence, Italy

New Jersey AACE Annual Meeting, 2019: CGM and Closing the Loop, 2019. Morristown, NJ

Diabetes in Pregnancy Study Group of North America 16th Biennial Meeting: Diabetes in Pregnancy Across the Care Continuum, October 2019: What Clinicians Need to Know About CGM and Hybrid Closed Loops in Pregnancy. Washington DC

Hershey Medical Center 18th Annual Diabetes Symposium, Nov 2019: Practical Application of CGM and the Ambulatory Glucose Profile. Hershey, PA

American Diabetes Association: Diabetes is Primary, Nov 2019: Diabetes Technology for the PCP.  Baltimore, Maryland

Dexcom Continuous Learning Center Podcast, 4-2020: Value of CGM Alerts and Alarms,  https://home.liebertpub.com/lpages/diabetes-dexcom/220

CGM Education.net Webinar, 4-2020: Smart Insulin Pens: Standard of Care for MDI Patients

MannKind Webcast: T1D: Unmet Needs and implications for Care with COVID-19, 5-8-20 and 5-13-20. Dr's David Kendall, Nicholas Argento, and Steve Edelman

Diabetes Technology Society COVID International Virtual Symposium Presenter and Panelist, 8-25-2020: Treating Diabetes in a Pandemic- Lessons Learned

American Diabetes Association, 9-2020: Hands On: Diabetes Technology for Primary Care Webcast

Veterans Administration Virtual CME Presentation, 12-2020, 1-2021: Harnessing Technology to Improve Glycemic Control: The Role of Continuous Glucose Monitoring.

Cardiometabolic Health Congress CME Presentation and Panel Discussion, 4-2021: Time in Range: Clinical Evidence, and Panel Case Conference

## Abstracts and Research Presentations

1.  Thyroid hormones, blood pressure and platelet cytosolic free calcium during and following hypothyroidism.  Oral presentation, 63rd Scientific Session of the American Heart Association, November 1990, #348.

2. Circulating levels of endogenous ouabain during acute hypothyroidism in man: Interrelationships with cytosolic calcium, vasoregulatory hormones and blood Pressure.   Poster presentation, 73rd Annual Meeting of the Endocrine Society, Washington DC , June 1991, #428.

3. A1C and Mean Glucose (MG) in Insulin Treated Diabetes Using the Dexcom SevenPlus Continuous Glucose Monitor: Correlation and Intra-Patient Consistency Over Time. Oral Presentation, American Diabetes Association 72nd Scientific Presentations, Philadelphia, June 2012, #002-OR

4. HbA1c and Mean Glucose Using the SevenPlus Continuous Glucose Monitor (CGM): Correlation and Intra-Patient Consistency Over Time. Argento NB, Nakamura K, Sala R, Simpson P. Poster Presentation, #1044, European Association for the Study of Diabetes, 48th Scientific Sessions, Oct 2012

5. Personal Continuous Glucose Monitoring in Patients 65 years old and older. Argento NB, Nakamura K. Poster    Presentation, 13th Annual Diabetes Technology Meeting, San Francisco, CA, 10-31-13

6. CGM glycemic outcomes of SGLT-2 Use in type 1 diabetes. Argento NB, Nakamura K. Poster Presentation and Audio tour, ADA 75th Scientific Sessions, Boston, MA, June 2015, #P-932

7. Effects of CMS insulin pump policies on T1D. Argento NB, Peters A. Poster Presentation, American Diabetes Association 77nd Scientific Presentations, San Diego, June 2017, #P-1036

8. Frequency and Patterns of Non-Adjunctive Use of CGM in T1D. Argento, NB. Poster Presentation, American Diabetes Association 77nd Scientific Presentations, San Diego, June 2017, #P-921

9. Effect of Medicare (CMS) Insulin Pump Policies in T1D. Argento NB, Liu J, Hickey A, Gatschi E, Mcauliffe-Fogarty A. Poster Presentation, American Diabetes Association 78th Scientific Presentations, Orlando, June 2018

**<u>Publications in Books and Peer Reviewed Journals:</u>**

Co-author Chapters 5: Pump Start Up, and 10: What Lies Ahead: Insulin Pumps of The Future, contributor to chapters 7: Other Considerations in Pump Management, and 8: Forms and Resources, *Putting Your Patient On The Pump: Initiation and Maintenance Guidelines*, *second edition*, Karen Bolderman RD, LDN, CDE, Alexandria, VA: American Diabetes Association, 2013

Argento, N, Nakamura, K, Sala, R, Simpson, P. Hemoglobin A1c, Mean Glucose, and Persistence of Glycation Ratios in Insulin-Treated Diabetes. Endocrine Practice 2014; 20 (3): 252-260

Argento N, Nakamura, K. Personal Real-Time Continuous Glucose Monitoring in Patients 65 Years Old and Older. Endocrine Practice 2014; 20 (12): 1297-1302

Argento, N, Nakamura, K. Glycemic Effects of SGLT-2 inhibitor Canagliflozin in Type 1 Diabetes with Dexcom G4P CGM. Endocrine Practice 2016; 22 (3): 315 – 322

Forlenza, G, Argento, N, Laffel, L. CGM use in Pediatrics, Older Adults, and Non-Adjunctive Use. Diab Tech Therap 2017;19: Supplement 3, S13 – S20, DOI: 10.1089/dia.2017.0034

Argento, N B. Flash Forward, With Caution. Diabetic Medicine Flash forward, with caution. Diabet. Med. 35, 1131–1132 (2018) https://doi.org/10.1111/dme.13654

Argento, N. B. Flash Glucose Monitoring: A Patient's and Clinician's Caveats and Concerns. Endo Pract 2018;24: 938-941.

Edelman S, Argento N, Pettus J, Hirsch I. Commentary: Clinical Implications of Real-time and Intermittently Scanned Continuous Glucose Monitoring. Diabetes Care 2018;41:2265–2274

Argento N B, Liu J, Hughes A S, McAuliffe-Fogarty A H: Impact of Medicare Continuous Subcutaneous Insulin Infusion Policies in Patients with Type 1 Diabetes, Journal of Diabetes Science and Technology on line 3-31-2019: https://doi.org/10.1177%2F1932296819838292

Argento NB. Forward to *Think like a Pancreas, Third Edition, Gary Scheiner MS, CDE,* available May 2020

Argento N: A Pandemic Forces US to Take a Leap Forward, Journal of Diabetes Science and Technology Volume 14, Issue 4, July 2020, Pages 710-711