# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROL A. LEWIS, <u>et al.</u>,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services,[1]<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 18-2929 (RBW) |

## ORDER

Upon consideration of (1) Carol Lewis' and Douglas Sargent's Motion for Preliminary Injunction, ECF No. 97; (2) the Defendant's Motion for Extension of Time, ECF No. 98, and (3) the defendant's Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 101, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 101, is **GRANTED**. It is further

**ORDERED** that the defendant's Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 102, is **ACCEPTED AS FILED**. It is further

**ORDERED** that the Defendant's Motion for Extension of Time, ECF No. 98, is **DENIED AS MOOT**, in light of the fact that the defendant timely filed his opposition to the plaintiffs' motion for preliminary injunction on September 29, 2021. It is further

---

[1] Xavier Becerra is the current Secretary of the United States Department of Health and Human Services, and he is therefore substituted for Alex M. Azar, II as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

        **ORDERED** that the parties shall appear before the Court for a hearing on the plaintiffs' motion for preliminary injunction on November 22, 2021, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

        **SO ORDERED** this 23rd day of October, 2021.

                                                                REGGIE B. WALTON
                                                                United States District Judge