IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Case No. 18-cv-2929 (RBW) <br> XAVIER BECERRA, in his official ) <br> capacity as Secretary of Health and ) <br> Human Services, ) <br> ) <br> Defendant. ) <br> _____) | |

### NOTICE OF AVAILABILITY OF COUNSEL

This Court has scheduled a hearing on plaintiffs' motion for a preliminary injunction, ECF No. 97, for this coming Monday, November 22, at 2 p.m. ECF No. 103. Undersigned counsel intends to represent the Secretary of Health and Human Services at that hearing, as he has done since this case was filed almost three years ago. But as this Court is aware from proceedings in another matter, undersigned counsel is expecting a child in the near future and there is some possibility that he may become unavailable on relatively short notice. If the Court wished to continue the hearing until a date in December, undersigned would return from leave to argue the motion at the convenience of the Court (though he is presently scheduled to argue another motion at 1:30 p.m. on December 9). If the Court prefers to hold the hearing as scheduled on November 22, undersigned counsel will do everything that he can to appear, and the Secretary will be represented at the hearing in any event.

Dated:  November 17, 2021               Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

2