# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5048**  **September Term, 2021**

**1:18-cv-02929-RBW**

**Filed On:** April 25, 2022

Carol A. Lewis, on behalf of themselves and all others similarly situated and Douglas B. Sargent, on behalf of themselves and all others similarly situated,

    Appellants

    v.

Xavier Becerra, in his capacity as Secretary of the United States Department of Health and Human Services,

    Appellee

## O R D E R

Upon consideration of the unopposed motion to withdraw appeal, it is

**ORDERED** that the motion be granted and this appeal be dismissed. The Clerk is directed to issue the mandate forthwith.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Laura Chipley
           Deputy Clerk