IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs; | ) |
| | ) |
| v. | ) Case No. 18-cv-2929 (RBW) |
| | ) |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

## Notice of Policy Change

In advance of the status conference set for May 20, 2022, defendant the Secretary of Health and Human Services respectfully submits this notice to advise the Court of a recent development relating to this case.

On May 13, 2022, the Centers for Medicare & Medicaid Services (CMS) issued the attached CMS Ruling, CMS-1738-R, which rescinds the 2017 CMS Ruling, CMS-1682-R, that provided the basis for the denials of plaintiff Douglas Sargent's two claims for Medicare reimbursement at issue in this case. 2022 CMS Ruling at 11, *available at* https://www.cms.gov/regulations-and-guidanceguidancerulingscms-rulings/cms-1738-r  (last visited May 17, 2022). The new CMS Ruling also applies the terms of a December 28, 2021 final rule concerning coverage of continuous glucose monitors and their supplies to pending or future Medicare reimbursement claims with dates of service prior to the February 28, 2022 effective date of that rule. *Id.* at 9–10; *see also* 86 Fed. Reg. 73,860, 73,896–902 (December 2021 final rule). Under the December 2021 final rule and the new CMS Ruling, CMS contractors, administrative law judges, and the Medicare Appeals Council must recognize as durable medical equipment all three types of continuous glucose monitors: (1) therapeutic or non-adjunctive continuous glucose monitors; (2) non-therapeutic or adjunctive continuous glucose monitors; and (3) insulin pumps that also function as a continuous glucose monitor or receiver. 2022 CMS Ruling at 11.

Undersigned counsel will be prepared to discuss at the upcoming status conference the impact of the December 2021 final rule and the new CMS Ruling on this litigation. In the meantime, the Secretary thought it prudent to advise the Court of this development and to provide the Court a copy of the new CMS Ruling.

Dated: May 17, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　MICHELLE R. BENNETT
　　　　　　　　　　　　　　　　　　　　　　Assistant Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　  /s/ Lisa Zeidner Marcus
　　　　　　　　　　　　　　　　　　　　　　LISA ZEIDNER MARCUS
　　　　　　　　　　　　　　　　　　　　　　Senior Counsel (N.Y. Bar # 4461679)
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L St., NW, Twelfth Floor
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 514-3336
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　　Email: lisa.marcus@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*