IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, *et al.*, ) | |
| ) | |
| Plaintiffs; ) | |
| ) | |
| v. ) | Case No. 18-cv-2929 (RBW) |
| ) | |
| XAVIER BECERRA, in his official capacity ) | |
| as Secretary of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF KAREN GRASSO**

I, Karen Grasso, hereby declare as follows:

1. I am over the age of 18 and competent to testify herein. I have personal knowledge of the facts set forth below.

2. I am employed by Noridian Healthcare Solutions, LLC ("Noridian"). My job title is Deputy Project Manager.

3. Noridian is a Medicare Administrative Contractor ("MAC") for the Centers for Medicare & Medicaid Services ("CMS"). One of the functions Noridian performs as a MAC is processing claims for reimbursement for Medicare Part B beneficiaries.

4. Plaintiffs Carol Lewis and Douglas Sargent are two of the Medicare Part B beneficiaries for whom Noridian processes reimbursement claims.

5. On March 10, 2022, Pamela Durbin, a CMS Contracting Officer's Representative who works with Noridian, contacted me. She indicated that the Department of Health & Human Service's Office of General Counsel had determined that a recently issued technical direction

letter, TDL 220557 (Feb. 25, 2022), applies to claims filed for Ms. Lewis and Mr. Sargent; she therefore directed Noridian to issue payment for the claims.

6. On March 30, 2022, Noridian paid the two reimbursement claims for continuous glucose monitor ("CGM") sensors for Mr. Sargent that are at issue in the above-captioned litigation—for dates of service of August 9, 2016 (the "August 2016 claim") and April 12, 2017 (the "April 2017 claim"). Payment for the August 2016 claim was issued under claim number [PII] 538001. Payment for the April 2017 claim was issued under claim number [PII] 819002.

7. Attached hereto as **Exhibit A-1** is a true and correct copy of claim specific remittance records showing that Noridian issued payment to MiniMed Distribution Corp. ("MiniMed") for Mr. Sargent's August 2016 and April 2017 claims. I accessed this information from the Noridian Medicare Portal (an online system available to Noridian staff and Medicare suppliers) and took screen shots of the information available on that Portal to create Exhibit A-1. MiniMed is the company that supplied the CGM sensors that are the subject of the August 2016 claim and the April 2017 claim, and the entity that submitted the claims for reimbursement to Noridian. The remittance records reflect that the August 2016 claim was paid under claim number [PII] 538001, and that the April 2017 claim was paid under claim number [PII] 819002.

8. On June 3, 2022, Noridian paid the reimbursement claim for a CGM receiver, transmitter, and sensors for Ms. Lewis that is at issue in the above-captioned litigation—for date of service of October 26, 2015 (the "October 2015 claim"). Payment for the October 2015 claim was for two claim numbers, [PII] 497000 and [PII] 485000. Noridian directly paid Ms. Lewis for the October 2015 claim with a manual check because Neighborhood Diabetes—the

company that originally supplied the CGM device, transmitter, and sensors for Ms. Lewis, and submitted the claims for reimbursement to Noridian—is no longer in business, at least not as an enrolled Medicare supplier. Although Noridian typically issues payment to the supplier, and not directly to the beneficiary, here Noridian had no available mechanism to pay the supplier. Instead, Noridian sent a manual check to Ms. Lewis at her official address of record, which Medicare gets from the Social Security Administration.

9. Attached hereto as **Exhibit A-2** is a true and correct copy of the check that was mailed to Ms. Lewis on June 3, 2022. Attached hereto as **Exhibit A-3** is a true and correct copy of Noridian's record showing that the check was mailed to Ms. Lewis on June 3, 2022. I accessed this information online from Change Healthcare (Noridian's print/mail vendor) and took a screen shot to create Exhibit A-3.

10. On or about July 11, 2022, my office checked Medicare's ViPS Medicare System Durable Medical Equipment Certificate of Medical Necessity ("VDME") Processing online system, and it appears that Ms. Lewis and Mr. Sargent are no longer using the CGM devices that they used at the time they submitted the Medicare reimbursement claims at issue in this case. The most recent device that Medicare has on file for Ms. Lewis is an insulin infusion pump that she has had on file since July 2019, and MiniMed has been submitting claims for Ms. Lewis for the monthly supply allowance (includes all supplies and accessories) for an adjunctive continuous glucose monitor (CGM) integrated into an external insulin infusion pump. The most recent device that Medicare has on file for Mr. Sargent is a therapeutic CGM device that he has had on file since October 2019.

\

\

4

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

    DATED:  July 14, 2022

    Respectfully submitted,

*Karen Grasso*
_____
Karen Grasso