# Claim Specific Remittance Advice Results

 Print Page

## Remittance Advice DMEA Response

1. For best results and full-screen printing, set your printing options to print in Landscape.
2. To print, select the printable version link and then print from your browser.



```
MEDICARE Internal Admin Search                                    PROVIDER #: 1356334577
                                                                  DATE: 03/31/2022
                                                                  CHECK/EFT #:  PII    130
```

| REND PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME SARGENT, DOUGLAS | Medicare Number PII | ACNT PII 174-2 | | ICN PII 538001 | ASG Y | | | | MOA MA67 | |
| 1356334577 | 0809 080916 | 12 | 90.0 | E1399 GXCC | 1419.00 | 1419.00 | 0.00 | 283.80 | CO-253 22.70 | 1112.50 |
| | | | | REM : | | | | | | |
| PT RESP | 283.80 | | | CLAIM TOTALS | 1419.00 | 1419.00 | 0.00 | 283.80 | 22.70 | 1112.50 |
| ADJ TO TOTALS: PREV PD | | 0.0 | | INTEREST 0.0 | LATE FILING CHARGE | | | 0.00 | NET | 1112.50 |

CLAIM INFORMATION FORWARDED TO:

## Group, MOA, Remark and Reason Codes

| 253 | Sequestration - reduction in federal payment. |
|---|---|
| MA67 | Alert: Correction to a prior claim. |

# Claim Specific Remittance Advice Results

 Print Page

### Remittance Advice DMEA Response

1.For best results and full-screen printing, set your printing options to print in Landscape.
2.To print, select the printable version link and then print from your browser.

MEDICARE Internal Admin Search

PROVIDER #: 1356334577
DATE: 03/31/2022
CHECK/EFT #: PII 130

| REND PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME SARGENT, DOUGLAS | Medicare Number PII | ACNT PII 007-2 | | ICN PII 319002 | | ASG Y | | | | MOA MA67 | |
| 1356334577 | 0412 041217 | 12 | 90.0 | E1399 | GXCC | 1419.00 | 1419.00 | 0.00 | 283.80 | CO-253 22.70 | 1112.50 |
| | | | | REM : | | | | | | | |
| PT RESP | 283.80 | | | CLAIM TOTALS | | 1419.00 | 1419.00 | 0.00 | 283.80 | 22.70 | 1112.50 |
| ADJ TO TOTALS: PREV PD | | 0.0 | | INTEREST | 0.0 | LATE FILING CHARGE | | | 0.00 | NET | 1112.50 |

CLAIM INFORMATION FORWARDED TO:

Group, MOA, Remark and Reason Codes

253    Sequestration - reduction in federal payment.

MA67   Alert: Correction to a prior claim.