

Noridian Healthcare Solutions, LLC - JA
P.O. Box 6780
Fargo, ND 58108-6780

Return Service Requested

AUTO**SCH 5-DIGIT 59414
3 1 AV 0.378

CAROL   LEWIS
PII

Date: 06/03/22

Check Number:    PII  143
Check Amount:         $2,875.20

---

**JURISDICTION A DME MAC**
900 42nd Street South
Fargo, ND 58103



**MEDICARE PAYMENT**
FOR HEALTH INSURANCE - SOCIAL SECURITY ACT

**80-1769/815**
U.S. Bank, N.A.
Memphis, Missouri

Check Number:   PII  143
Check Date:     06/03/22
VOID 12 MONTHS FROM ISSUE DATE

**Pay:**  Two Thousand  Eight Hundred Seventy Five & 20/100 Dollars

$ 2,875.20**
AMOUNT IN U.S. DOLLARS

PAY TO THE ORDER OF   CAROL   LEWIS   **
PII

*Jon Bogensed* (signature)

MEDICARE DME / AUTHORIZED SIGNATURE

This payment is made with Federal Funds. Fraud in procuring, forging of signature or endorsement, or materiality altering this check is punishable under the U.S. Criminal Code. The following statement pertains to providers only: As provided by the terms of the Law under which this check is issued, the undersigned payee, in accepting assignment, agreed that the charge determination by the Medicare carrier shall be the full charge for any service for which the check is payable. The patient is responsible only for the applicable deductible and co-insurance, and for non-covered services.

PII 143    PII 693    PII 451