**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAROL A. LEWIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs; | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 18-cv-2929 (RBW) |
| XAVIER BECERRA, in his official | ) | |
| capacity as Secretary of Health and | ) | |
| Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Upon consideration of "Defendant's Motion for Partial Entry of Judgment in Plaintiffs'
Favor, and to Dismiss Remaining Causes of Action and Claims for Relief on Mootness
Grounds," along with any oppositions and replies thereto, it is hereby ORDERED that the
motion is GRANTED;

JUDGMENT IS HEREBY ENTERED in plaintiffs' favor on Count III, and the Court
HEREBY VACATES the following final agency decisions from which plaintiffs appealed to
district court:

- Administrative Law Judge Appeal No. 1-4852017030, November 18, 2016
  decision that entered an unfavorable decision for plaintiff Carol Lewis regarding
  her continuous glucose monitor ("CGM") reimbursement claims for date of
  service October 26, 2015;

- Medicare Appeals Council Docket No. M-18-239, October 15, 2018 decision that
  concluded that Medicare would not cover the CGM sensors provided to plaintiff
  Douglas Sargent on August 9, 2016; and

- Medicare Appeals Council Docket No. M-18-6040, October 15, 2018 decision
  that concluded that Medicare would not cover the CGM sensors provided to
  plaintiff Douglas Sargent on April 12, 2017.

It is FURTHER ORDERED that plaintiffs' remaining claims are DENIED and
DISMISSED as MOOT.

SO ORDERED.

Dated: _____        _____

                                      THE HON. REGGIE B. KELLY
                                      U.S. District Judge