# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5152**                **September Term, 2024**

**1:18-cv-02929-RBW**

**Filed On: January 15, 2025** [2094182]

Carol A. Lewis and Douglas B. Sargent, on behalf of themselves and all others similarly situated,

       Appellants

       v.

Xavier Becerra, in his capacity as Secretary of the United States Department of Health and Human Services,

       Appellee

## M A N D A T E

In accordance with the judgment of August 2, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                   BY:     /s/
                                                     Daniel J. Reidy
                                                     Deputy Clerk

Link to the judgment filed August 2, 2024