# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL A. LEWIS, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) Civil Action No. 18-2929 (RBW) |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER

In light of the Mandate issued by the District of Columbia Circuit, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 10th day of April, 2025.

REGGIE B. WALTON
United States District Judge